**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|--|--|--|--|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Michael** <br> First Name <br><br> **Paul** <br> Middle Name <br><br> **Enmon** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **8** **9** **4** **2** <br><br> OR <br><br> **9xx** – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br><br> OR <br><br> **9xx** – xx – ____ ____ ____ ____ |

Debtor 1   __Michael Paul Enmon_____   Case number (if known) _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ☑ I have not used any business names or EINs. | ☐ I have not used any business names or EINs. |

| | |
|---|---|
| Include trade names and doing business as names | |

_____   _____
Business name                             Business name

_____   _____
Business name                             Business name

_____   _____
Business name                             Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___        ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN                                                       EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___        ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN                                                       EIN

**5.   Where you live**                                    If Debtor 2 lives at a different address:

__23230 Kickapoo Road_____         _____
Number    Street                                    Number      Street

_____         _____

_____         _____

__Waller_____ __TX__  __77484__         _____
City                          State    ZIP Code           City                        State    ZIP Code

__Harris_____         _____
County                                                   County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____         _____
Number    Street                                    Number      Street

_____         _____
P.O. Box                                                 P.O. Box

_____         _____
City                          State    ZIP Code           City                        State    ZIP Code

**6.   Why you are choosing this district to file for bankruptcy**

*Check one:*                                             *Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

| | | |
|---|---|---|

**8.    How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

District **Houston, Texas** _____    When **12/20/2012**    Case number **12-39321**
                                                          MM / DD / YYYY

District _____    When _____    Case number _____
                                                          MM / DD / YYYY

District _____    When _____    Case number _____
                                                          MM / DD / YYYY

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                                          MM / DD / YYYY    if known

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                                          MM / DD / YYYY    if known

**11.    Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  __Michael Paul Enmon_____  Case number (if known) _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.  Go to Part 4.
☑ Yes.  Name and location of business

**Kickapoo Kennels LLC**
Name of business, if any

**23230 Kickapoo Ranch Pet Resort**
Number    Street

_____

__Waller_____  __TX__  __77484_____
City                                State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

☑ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?

Where is the property?  _____
Number    Street

_____

_____  _____  _____
City                              State   ZIP Code

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy.  You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

- ☑ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Debtor 1   **Michael Paul Enmon** _____   Case number (if known) _____

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Michael Paul Enmon** _____   X  _____
   Michael Paul Enmon, Debtor 1                          Signature of Debtor 2

   Executed on  **01/10/2018** _____                    Executed on  _____
               MM / DD / YYYY                                         MM / DD / YYYY

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

X **/s/ Miriam Goott** _____        Date **01/10/2018** _____
Signature of Attorney for Debtor                                      MM / DD / YYYY

**Miriam Goott** _____
Printed name

**Walker & Patterson, P.C.** _____
Firm Name

**P.O. Box 61301** _____
Number          Street

_____

_____

**Houston** _____    **TX** ____    **77208** _____
City                                                     State        ZIP Code

Contact phone   **(713) 956-5577** _____    Email address _____

**24048846** _____    _____
Bar number                                           State

---

**Fill in this information to identify your case and this filing:**

Debtor 1      **Michael**          **Paul**              **Enmon**
              First Name           Middle Name           Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name           Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106A/B

## Schedule A/B: Property                                                                     12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list
the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are
filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate
sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**23230 Kickapoo Road, Waller, TX
77484
39 acres**

**Harris**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☑ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property*.

**Current value of the
entire property?**               **Current value of the
                                 portion you own?**
      $2,000,000.00                     $2,000,000.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

☑ **Check if this is community property**
   (see instructions)

This asset is titled in the name of Kickapoo Kennels, LLC.  However, pursuant to a judgment entered by the US District Court
for the Southern District of Texas, all assets that were transferred by the Debtor to Kickapoo Kennels, LLC are void.
Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any
      entries for pages you have attached for Part 1.  Write that number here.......................................➔   $2,000,000.00

Debtor 1     **Michael Paul Enmon** _____     Case number (if known) _____

| Part 2: | Describe Your Vehicles |
|---------|------------------------|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.
Make:               **Ram Pickup Truck**
Model:              **1500 Limited Eco Di**
Year:               **2015**
Approximate mileage: **90,000**
Other information:
**2015 Ram Pickup Truck 1500 Limited Eco Diesel (approx. 90000 miles)**

**This asset is titled in the name of Kickapoo Kennels, LLC.  However, pursuant to a judgment entered by the US District Court for the Southern District of Texas, all assets that were transfered by the Debtor to Kickapoo Kennels, LLC are void.  Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$26,000.00** | **$26,000.00** |

3.2.
Make:               **Ram**
Model:              **Pro Master 3500**
Year:               **2015**
Approximate mileage: **56,000**
Other information:
**2015 Ram Pro Master 3500 (approx. 56000 miles)**

**This asset is titled in the name of Kickapoo Kennels, LLC.  However, pursuant to a judgment entered by the US District Court for the Southern District of Texas, all assets that were transfered by the Debtor to Kickapoo Kennels, LLC are void.  Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$17,000.00** | **$17,000.00** |

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

---

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the |
|---|---|---|---|
| Make: | **Porsche** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **Cayenne** | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2017** | ☐ Debtor 2 only | **Current value of the**    **Current value of the** |
| Approximate mileage: | **13,000** | ☐ Debtor 1 and Debtor 2 only | **entire property?**    **portion you own?** |
| | | ☒ At least one of the debtors and another | **$62,000.00**    **$62,000.00** |

Other information:

**2017 Porsche Cayenne (approx. 13000 miles)**

☒ **Check if this is community property**
(see instructions)

**This asset is titled in the name of Kickapoo Kennels, LLC.  However, pursuant to a judgment entered by the US District Court for the Southern District of Texas, all assets that were transfered by the Debtor to Kickapoo Kennels, LLC are void.  Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.**

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☐ No
    ☒ Yes

---

| 4.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the |
|---|---|---|---|
| Make: | **Pro Drive Diamon C** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **SBX Boat - Angler T** | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2014** | ☐ Debtor 2 only | **Current value of the**    **Current value of the** |
| | | ☐ Debtor 1 and Debtor 2 only | **entire property?**    **portion you own?** |
| | | ☒ At least one of the debtors and another | **$12,000.00**    **$12,000.00** |

Other information:

**2014 Pro Drive Diamon CIT SBX Boat - Angler Trailer**

☒ **Check if this is community property**
(see instructions)

**This asset is titled in the name of Kickapoo Kennels, LLC.  However, pursuant to a judgment entered by the US District Court for the Southern District of Texas, all assets that were transfered by the Debtor to Kickapoo Kennels, LLC are void.  Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.**

5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2.  Write that number here...........................................  →    $117,000.00

---

**Part 3:**    **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Debtor 1    __Michael Paul Enmon_____    Case number (if known) _____

6.   **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....  **Artificial Tree -2 $5.00**                                                    _____ **$4,153.75**
**Artificial Tulips -2 $2.00**
**Basket of Greenery -2 $2.00**
**Loose Faux Plants $2.00**
**Faux Floral in Tin $2.00**
**Faux Floral - White  $2.00**
**Faux Greenery in Pot $200.00**
**Small Floral in Tins - 4 $1.00**
**Dog Sign $1.00**
**Baloon Sign $1.00**
**Pray Sign $1.00**
**Love Sign $1.00**
**Small Acrylic Box $0.50**
**Ceramic Balls - 2 $0.25**
**Magnets - ~30 $1.50**
**Assorted Photo Frames -  30 Lg $50.00**
**Assorted Photo Frames -  30 Sm $50.00**
**Candles in Metal Holder $2.50**
**Duck Gravy Boat $10.00**
**Faux Grass $1.00**
**Labrador Jewelry Box $3.00**
**Labrador Coaster $1.00**
**Aggie Coaster $1.00**
**Wood Wine Box $2.00**
**Wicker Basket  - Chewed $1.00**
**Dog Toys -50 Used $12.50**
**Sonic Care Toothbrush $5.00**
**Blender $10.00**
**Keurig Coffee Pot $10.00**
**NutriBullet $10.00**
**Stools - 2 $20.00**
**Glass Dining Table / 4 Chairs $50.00**
**Leather Recliner $25.00**
**Leather Sofa $25.00**
**Coffee Table $10.00**
**Small Wall Table $25.00**
**Large Wall Table $30.00**
**Table Lamps - 2 Living $20.00**
**Table Lamps - 2 Bedroom $20.00**
**Wooden Lamp $5.00**
**End Table $5.00**
**Small Table $2.00**
**Gun Safe $400.00**
**Wine Rack - 7 bottles Wine $20.00**
**Range and Oven $100.00**
**Microwave $50.00**
**Dishwasher $50.00**
**Refrigerator $150.00**
**Dog Cookie Jar $2.50**
**Dog Bowls - 5 $2.50**
**Cat Bowl - 1 $0.50**
**Wire Baskets - 3 $1.50**
**Plastic Storage Baskets ~8 $2.00**
**Dinner Plates - 8 $8.00**
**Salad Plates - 8 $8.00**
**Salad Bowls - 8 $8.00**
**Cereal Bowls - 8 $8.00**
**Tidbit Plates - 8 $8.00**

Debtor 1    **Michael Paul Enmon**                                          Case number (if known) _____

**7.    Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.   Describe.....   **55 LG Television - Living Room $100.00**                                    **$383.00**
**36 LG Television - Bedroom $50.00**
**Sound Booster - Living Room $20.00**
**Sound Booster - Bedroom $10.00**
**Universal Remote $5.00**
**Mini IPad $10.00**
**Kindle Paperwhite $20.00**
**Kindle - Old $5.00**
**Kindle Fire $20.00**
**LG Television - Grace Apt $100.00**
**IPod mini $20.00**
**Wireless ear buds $10.00**
**IPhone wired ear phones - 3 $3.00**
**Space Heater $10.00**

**8.    Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes.   Describe.....   **Hanging Ducks - 3 $20.00**                                          **$50.00**
**Hanging Ducks - 2 $20.00**
**Duck Postage Print - 2 $10.00**

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

9.   **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
            canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes.  Describe.....    **Golf Clubs $50.00**                                        **$1,409.00**
                              **Folding Chairs - 5 $25.00**
                              **Plastic Box with Dog Ribbons $5.00**
                              **Dog Handling Jackets - 4 $8.00**
                              **Dog Whistle  $1.00**
                              **Dog Handlers Short Leash $2.00**
                              **Dogtra Two Dog Collar $75.00**
                              **Full Body Duck Decoys - 6 $25.00**
                              **Floater Duck Decoys - 9 dozen $90.00**
                              **Chest Waders $10.00**
                              **Hip Waders $8.00**
                              **Tackle Bags and tackle  $100.00**
                              **Fishing Rods - 9 $90.00**
                              **Fishing Reels - 6 $120.00**
                              **Propane Cooker $100.00**
                              **Decoy Bags - 4 $20.00**
                              **Crawfish Cooker $300.00**
                              **Fish Fryer $100.00**
                              **Boiling Pots - 4 $20.00**
                              **Crawfish Strainers - 2 $10.00**
                              **Fish Measure $5.00**
                              **Dog Platform $5.00**
                              **Duck/Goose Calls - 7 $70.00**
                              **Mojo Decoys - 6 $60.00**
                              **Propane Tanks - 2 $10.00**
                              **Life Jackets - 4 $10.00**
                              **Binoculars $20.00**
                              **Metal Dog Box Drawer $100.00**
                              **Truck Tool Box $50.00**

10.   **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes.  Describe..... **IBrowning Automatic 12 Gage$300.00**                      **$5,125.00**
                              **308 Klein Gunther$400.00**
                              **223 Syco$400.00**
                              **Model 12 12 Gage$400.00**
                              **Model 12 12 Gage$400.00**
                              **Model 12 16 Gage$400.00**
                              **Benelli Pump 12 Gage $75.00**
                              **Beretta 12 Gage Extra$300.00**
                              **22 Browning$200.00**
                              **Benelli 12 Gage Automatic$600.00**
                              **Winchester Sentinel 3030$500.00**
                              **Winchester Sentinel 3030$500.00**
                              **Winchester 22$400.00**
                              **Winchester 3030$200.00**
                              **410 Single Barrel$50.00**

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

**11. Clothes**

_Examples:_ Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes.  Describe.....  **Blow Dryer$1.00**                                                    **$529.50**
**Toothbrush - 2$0.00**
**Shaving Brush$1.00**
**Shaving Cup$1.00**
**Razor and Blades$1.00**
**Bottles of Cologne - 2$2.00**
**Shirts - 85$85.00**
**Jeans - 18$18.00**
**Dress Pants - 11$55.00**
**Suits - 8$80.00**
**Winter Vest -6$15.00**
**Hoodies - 5$10.00**
**Outdoor Jackets - 3$15.00**
**Fleece Coats - 5$25.00**
**Camo T-Shirts - 8$8.00**
**Sweaters - 2$4.00**
**Sweatshirts - 3$3.00**
**T-Shirts - 23$23.00**
**Tennis Shoes - 8$5.00**
**Cowboy Boots - 2$20.00**
**Dress Shoes - 3$15.00**
**Baseball Caps - 32$10.00**
**Underwear - 14$0.00**
**Socks - 22 pairs$0.00**
**Long Johns - 3$0.00**
**Shorts - 2$1.00**
**Sweatpants - 2$1.00**
**Pajamas - 2$1.00**
**Rubber Boots - 2$5.00**
**Rain Suits - 2$30.00**
**Rain Coats - 3$15.00**
**Dress Overcoats - 2$20.00**
**Scarf - 1$1.00**
**Parkas - 2$20.00**
**Dress Rain Coat$5.00**
**Fez - 3$6.00**
**Work Boots$5.00**
**Belts - 9$1.00**
**Suspenders 6$12.00**
**Ties 15$7.50**
**Shoe Inserts - 2$2.00**

Debtor 1      **Michael Paul Enmon** _____        Case number (if known) _____

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes.  Describe.....  **Tissot Watch $200.00**                                                    $957.00
**Aggie Ring $100.00**
**Wedding Ring $100.00**
**Tuxedo Cuff Links/Buttons - 2 pair $20.00**
**Lapel Pins - 10 $5.00**
**Masonic Chain $5.00**
**Masonic Belt Buckles - 3 $5.00**
**Cuff Links - 2 pair $5.00**
**Money Clip - 2 $5.00**
**Masonic Rope Tie $2.00**
**Masonic Watch $10.00**
**Broken Rolex        $500.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes.  Describe.....  **Isaac - Black Labrador $0.00**                                          $28,500.00
**Jock - Black Labrador $12,000.00**
**Paul - Black Labrador $10,000.00**
**Myles - Black Labrador  $2,000.00**
**Gibbs - Black Labrador  $4,500.00**
**Munchkin - Tabby Cat$0.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.  Give specific information.............                                               _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.................................................** ➜ | $41,107.25 |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?         **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.................................................................................. Cash: .........................      $567.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................         Institution name:

Debtor 1 **Michael Paul Enmon** _____   Case number (if known) _____

| | | |
|---|---|---|
| 17.1. | Checking account: | **Checking account at Mutual of Omaha Bank** |

**As of January 9, 2018, the Debtor's balance per the bank statement (plus deposits in transit) is $47,977.32. There are a total of $14,976.59 in outstanding checks and $4,406.38 in outstanding ACH's.**                                                    $28,594.35

**18. Bonds, mutual funds, or publicly traded stocks**
_Examples:_ Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them..........................   Name of entity:                                              % of ownership:

**Kickapoo Kennels, LLC -**

**Michael Enmon has a 5% ownership interest**
**Kari Enmon has a 5% ownerhsip interest**
**Enmon Irrevocable Family Trust has a 90% interest.**

**Based on the fraudulent transfer judgment all transfers of assets are void resulting in ownership in the assets by the Debtor.  The value of the operating business (including land, facilities and all equipment) as a going concern is worth approximately $1,500,000.00.**                                                  $0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
_Negotiable instruments_ include personal checks, cashiers' checks, promissory notes, and money orders.
_Non-negotiable instruments_ are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them..........................   Issuer name:

**21. Retirement or pension accounts**
_Examples:_ Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.     Type of account:     Institution name:

IRA:     **Wife's SEP IRA**                                            $72,659.73

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
_Examples:_ Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes............................   Institution name or individual:

Telephone:     **Telephone credit from an old landline at AT&T**                       $136.00

Other:     **IPFS Corp  - Prepaid insurance for January and February, 2018**            $3,500.00

Other:     **Balance with vendor - Reliable IT**                                    $682.99

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
- ☑ No
- ☐ Yes.............................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☑ No
- ☐ Yes.............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☐ No
- ☑ Yes.  Give specific    **Enmon Irrevocable Family Trust**                                    **$0.00**
  information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
_Examples:_ Internet domain names, websites, proceeds from royalties and licensing agreements
- ☐ No
- ☑ Yes.  Give specific    **www.kickapooranchpetresort.com**                          **$250.00**
  information about them    **www.facebook.com/kickapooranchpetresort.com**
  **www.kickapooranchpetresort.smugmug.com**
  **www.twitter.com/kickapooranch**

27. **Licenses, franchises, and other general intangibles**
_Examples:_ Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☐ No
- ☑ Yes.  Give specific    **Water well permits (#193720) and (#11441)**                **$0.00**
  information about them

**Money or property owed to you?**                                    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
- ☑ No
- ☐ Yes.  Give specific information
  about them, including whether    Federal: _____
  you already filed the returns    State: _____
  and the tax years.....................    Local: _____

29. **Family support**
_Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes.  Give specific information    Alimony: _____
                                      Maintenance: _____
                                      Support: _____
                                      Divorce settlement: _____
                                      Property settlement: _____

30. **Other amounts someone owes you**
_Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☐ No
- ☑ Yes.  Give specific information    **Refund due from Dental Works for overpayment**        **$3,100.00**

Debtor 1    **Michael Paul Enmon**                                           Case number (if known) _____

**31.  Interests in insurance policies**
*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐  No
☑  Yes.  Name the insurance
     company of each policy
     and list its value...............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Prudential Insurance Company $500,000 (Mike) and Metropolitan Life Insurance Company $1 million (Kari)** | | |
| **No cash value** | **Mutual of Omaha Bank** | **$0.00** |
| **Medical and dental with Blue Cross Blue Shield for debtor and his wife.** | | **$0.00** |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑  No
☐  Yes.  Give specific information                                                          _____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑  No
☐  Yes.  Describe each claim........                                                      _____

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑  No
☐  Yes.  Describe each claim........                                                      _____

**35.  Any financial assets you did not already list**

☐  No
☑  Yes.  Give specific information    **Retirement fund from the debtor's father, (International**       **$100.00**
                                      **Brotherland of Electrical Workers) - Debtor receives a quarterly**
                                      **statement showing that there is less than $100.00 in the account.**
                                      **He has received similar statements since 1990 and the account**
                                      **balance has never grown above $100.00.**

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................** ➜  **$109,590.07**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐  No.  Go to Part 6.
☑  Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☐  No
☑  Yes.  Describe..  **Accrued Revenue**                                                      **$8,214.00**

---

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe.. **See continuation page(s).**                                                    $11,739.50

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe.. **See continuation page(s).**                                                    $253,940.00

**41. Inventory**

☐ No
☑ Yes. Describe.. **Kuranda Bed - Large - 4 $200.00**                                              $3,194.75
**British Slip Leads -61 $610.00**
**2300 NCP - Collar $300.00**
**282 NCP -Collar $300.00**
**2300 NCP - xx Receiver $50.00**
**Wholesome Hide Large $80.00**
**Wholesome Hide Medium $60.00**
**Bumpers -12 $60.00**
**Duck -5 $50.00**
**Dogsorber -5 $25.00**
**Collars  -28 $140.00**
**Collars -125 $187.50**
**Leashes -12 $12.00**
**Leashes - 4 $12.00**
**GoDragons $96.00**
**Planet Dog Rubber Balls -44 $220.00**
**West Paw Rubber Balls -10 $40.00**
**West Paw Rubber Bones - 5 $25.00**
**West Paw Rubber Bumi -5 $25.00**
**Holiday Yarn Toys - 15 $30.00**
**Holiday Rubber Toys -5 $20.00**
**Holiday Plush Toys - 6 $30.00**
**Shampoo and Conditioner - 14 $98.00**
**Greenies Pill Pockets -10 $30.00**
**Pro Plan Dog Treats -5 $25.00**
**Pro Plan Small Breed - Small - 4 $28.00**
**Pro Plan Small Breed - Large -1 $15.00**
**Pro Plan Puppy -6 $120.00**
**Pro Plan Adult -12 $240.00**
**Bulk Dog Treats -6 bins $40.00**
**Decorated Dog Treats -25 $6.25**
**Leather Bling Collars -4 $20.00**

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☐ No
☑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
      ☑ No
      ☐ Yes. Describe.....**See continuation page(s).**                                         $0.00

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................... ➜ | **$277,088.25** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☑ Yes.... **Farm raised fish - not for commercial use.**                    $0.00

48. **Crops—either growing or harvested**

☐ No
☑ Yes. Give specific     **Hay harvested in 2017.**                       $0.00
information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                             _____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☑ Yes.... **Two sets of tackle - $50 (each).  Tackle box and fishing supplies listed above in hobby**     $100.00
**equipment.**

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information................                                          _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**...................................................................... ➜ | $100.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information.

Debtor 1     **Michael Paul Enmon** _____     Case number (if known) _____

**Mineral Interest - 162.50 net acres: See description below:**

**Tract I:**

**A tract of land in the Thomas Bristow Survey, A-43 and the J.D. Merchant Survey, A-463 being the First Tract containing 61.00 acres, the Second Tract containing 24.40 acres and the Third Tract containing 105.10 acres, that are described in that certain Deed dated June 27, 1990 from Michael Paul Enmon to Ford S. Brown, Jr. and wife, Janie Brown, recorded in Volume 719, Page 12 of the Deed Records of Shelby County, Texas, containing 190.50 acres, more or less.**

**Tract II:**

**A tract of land in the J.D. Merchant Survey, A-463 and the Thomas Bristow Survey, A-43, being the Fourth Tract containing 55.00 acres and the Fifth Tract containing 3.00 acres that are described in that certain Deed dated June 27, 1990 from Michael Paul Enmon to Ford S. Brown, Jr., and wife, Janie Brown, recorded in Volume 719, Page 12 of the Deed Records of Shelby County, Texas, containing 58.00 acres, more or less.**

**Tract III:**

**A tract of land in the Thomas Bristow Survey, A-43 and the Samuel Porter Survey, A-551, being the same land described in that certain Deed dated August 22, 1990 from J.A. Howard, Temporary Independent Administrator of the Estate of Travis Paul Enmon, Deceased, to Jason Wells, recorded in Volume 710, Page 754 of the Deed Records of Shelby County, Texas, containing 111.579 acres, more or less.**

**Tract IV:**

**A tract of land in the Thomas Bristow Survey, A-43, being the same land described in that certain Deed dated September 3, 1986 from T.P. Enmon and wife, Carolyn Enmon to James Harold Enmon, recorded in Volume 668, Page 258 of the Deed Records of Shelby County, Texas, containing 4.30 acres, more or less.**

**Shelby County, Texas, containing a total 364.379 acres, more or less.** _____     **$40,000.00**

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

**Masonic Bible $5.00**
**Lambskin Apron $1.00**
**VCR Movies ~6 $3.00**
**Bible Dictionary $2.00**
**Baptist Study Bible $2.00**
**Bibles with Covers -2 $10.00**
**Aggie Former Students Book $1.00**
**Aggie Yearbooks - 2 $2.00**
**Field Champion Book $1.00**
**Leather Photo Album $1.00**
**Wedding Photos $0.00**
**Orvis Duffel $5.00**
**Orvis Small Bag $5.00**
**Camo Duffle $1.50**
**A&M Bag $2.00**
**Black Suitcase $5.00**
**Suit Carrier $5.00**
**Sunglasses - 4 pairs $40.00**
**Small Tape Measure $1.00**
**First Aide Kit $1.00**
**Dog Grooming Shears - 2 $2.00**
**Shoe Shine Kit $1.00**
**Plastic Box of Sewing/Other $5.00**
**Aggie Dominos $1.00**
**Poker Set $1.00**
**Obama Pen $1.50**
**Metal Pen Holder $1.00**
**Pens, Markers ~ 10 $3.00**

                                                                                   **$109.00**

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**............................➔  **$40,109.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2**................................................................................................➔  **$2,000,000.00**

56.  **Part 2: Total vehicles, line 5**                                          **$117,000.00**

57.  **Part 3: Total personal and household items, line 15**               **$41,107.25**

58.  **Part 4: Total financial assets, line 36**                              **$109,590.07**

59.  **Part 5: Total business-related property, line 45**                    **$277,088.25**

60.  **Part 6: Total farm- and fishing-related property, line 52**            **$100.00**

61.  **Part 7: Total other property not listed, line 54**          **+**      **$40,109.00**

62.  **Total personal property.**    Add lines 56 through 61.................  **$584,994.57**    Copy personal  ➔  **+**  **$584,994.57**
                                                                                property total

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62........................................  **$2,584,994.57**

Debtor 1    **Michael Paul Enmon**                                      Case number (if known) _____

**39.   Office equipment, furnishings, and supplies (details):**

Debtor 1     **Michael Paul Enmon** _____     Case number (if known) _____

**Wood and Metal Office Desk $100.00**                                                              **_____ $5,288.75**
**Wood and Glass Cabinet $200.00**
**Wood Bookcase $50.00**
**Metal Filing Cabinet $50.00**
**Leather Office Chair $50.00**
**Wood and Metal Chair $25.00**
**Wood Short Table $25.00**
**Televisions - 13 Suites $150.00**
**Television - Lobby $200.00**
**VCR $25.00**
**NetVox Security System $100.00**
**Cash Drawer and Software $100.00**
**Credit Card Scanner - 2 $50.00**
**Receipt Printer $75.00**
**HP Color Laser Jet Pro Fax $100.00**
**HP Laser Jet Pro $50.00**
**Datto Backup System $200.00**
**Backup for Cameras $10.00**
**Cisco IP Phone 7942 $40.00**
**Cisco IP Phone 7942 $40.00**
**Cisco IP Phone 7942 $40.00**
**Cisco IP Phone 7942 $40.00**
**Cisco IP Phone 7942 $40.00**
**HP Elite Pro Laptop $60.00**
**HP Elite Pro Laptop $60.00**
**HP Docking Station $15.00**
**APS Battery Back UP $10.00**
**APS Battery Back UP $30.00**
**APS Battery Back UP $30.00**
**APS Battery Back UP -Server $50.00**
**HP Computer Monitor $30.00**
**HP Computer Monitor $15.00**
**HP Computer Monitor $15.00**
**HP Mouse Wired $5.00**
**HP Mouse Wired $5.00**
**HP Mouse Wired $5.00**
**HP Mouse Wired $5.00**
**HP Mouse Wireless $5.00**
**Mouse Wired Mini $2.50**
**HP Mouse Wired $20.00**
**HP Mouse Wired $20.00**
**HP Mouse Wired $20.00**
**HP Keyboard - front desk $25.00**
**HP Keyboard - front desk $25.00**
**HP Keyboard - office $25.00**
**HP Keyboard - server $25.00**
**HP Keyboard - extra $25.00**
**HP Computer -front desk $50.00**
**HP Computer -front desk $50.00**
**HP Computer - cameras $50.00**
**HP Computer - music - dead $5.00**
**Rack for Computer Hardware - 2 $100.00**
**Landline Phone $2.00**
**Cisco Phone System $300.00**
**Microsoft Office Suite Software $5.00**
**K9Bytes Software $5.00**
**PowerPoint Software $50.00**
**Adobe Software $10.00**
**QuickBooks Pro Software $25.00**
**Security Cameras - 24 $360.00**

Official Form 106A/B                          **Schedule A/B: Property**                                    page 17

**Audio Controller and Software $75.00**
**Outdoor Antenna for Radio $50.00**

Debtor 1   **Michael Paul Enmon** _____   Case number (if known) _____

**Floor Chalk Board $5.00**                                         _____ **$6,450.75**
**Desk Chalk Board $1.00**
**Desk Chalk Board $1.00**
**Ceramic Pen Holder -2 $0.25**
**Glass Dish $5.00**
**Metal Pail - Silver $2.50**
**Wicker Basket -2 $1.00**
**Ceramic Wax Warmer $1.00**
**Glade Warmers - 5 $0.50**
**Warmer Refills $1.00**
**Batteries - AA - 4 $1.00**
**Batteries - C - 8 $2.00**
**Batteries -AAA - 6 $1.50**
**Framed Wall Photo of Mike and Kari $1.00**
**Metal Trash Can Pail - Floral $1.00**
**Tiffany Glass Box $5.00**
**Office Photo Frames - 5x7  = 5 $5.00**
**Office Photo Frames - 4x6 = 8 $5.00**
**Business Books - 25 $7.00**
**Ceramic Paw Print $-**
**Ash Container and Ashes $1.00**
**Potted Faux Gerber Daisy $0.50**
**Faux Pink Geranium $1.00**
**Faux Potted Lavender $1.00**
**Faux Potted Roses $1.00**
**Wood Signs with Phrases  ~5 $8.50**
**Wood Signs with Phrases ~ 5 $5.00**
**Metal Signs with Phrases ~ 2 $2.00**
**3 Kitty Sign $0.25**
**Metal Date Marker $5.00**
**Metal Chalk Board Signs - 2 $0.50**
**Glass Jars - 3 $4.50**
**Glass Jar missing lid $0.25**
**Metal Tins - 2 $0.50**
**Timers ~6 $6.00**
**Vase - Metal -2 $2.00**
**Vase - Ceramic - 2 $3.00**
**Vase - Glass July 4 $0.50**
**Vase - Glass Halloween $0.50**
**Ceramic Pen Holder  $1.50**
**Metal Pen Holders - 2 $0.50**
**Framed Diplomas - 2 $1.00**
**Leather Judges Book - Personalized $1.00**
**Leather Photo Album - Personalized $0.25**
**Leather Photo Album - Personalized $0.25**
**Leather Photo Album - Personalized $0.25**
**Leather Journal - Personalized $1.00**
**Leather Journal - Personalized $1.00**
**Judges Pen Set $1.50**
**Construction Costume $2.00**
**Paper Shopper ~ Small ~100 $25.00**
**Paper Shopper ~ Medium ~100 $25.00**
**Paper Shopper ~ Large ~25 $6.25**
**Glass Menu Frame $10.00**
**Business Card Holder - Metal $10.00**
**Business Card Holder - A&M $10.00**
**Plastic Brochure Holder $0.25**
**Kickapoo Brochures ~100 $1.00**
**Kickapoo Business Cards ~200 $1.00**
**Kickapoo Magnets ~400 $1.00**

**Bushel Baskets - 7 $1.75**
**Light Woven Basket - Small $0.25**

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

40.    <u>**Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):**</u>

Debtor 1    **Michael Paul Enmon**                                                          Case number (if known) _____

**Dog Grooming Tubs - 2 $1,000.00**                                                                      **$240,940.00**
**Dog Grooming Tables - 3 $1,200.00**
**Dog Grooming Pumps - 2 $50.00**
**Dog Grooming Table Poles -2 $30.00**
**Dog Grooming Books - 2 $10.00**
**Dog Grooming Table & Tub Mats $25.00**
**Dog Grooming Tub/Table Accessories $25.00**
**Dog Grooming Loops $5.00**
**Muzzles $2.50**
**Brushes, Combs $20.00**
**Shedless Tools $20.00**
**Rubber Brushes $2.00**
**Nail Clippers $20.00**
**Nail Dremel $15.00**
**Pet Dryer - MDC Romani $250.00**
**Pet Dryer - MDC Romani $350.00**
**Cage Dryer - 1 $150.00**
**Cage Dryers - 2 $100.00**
**Glass Containers - Spa 3 $3.00**
**Glass Containers - Spa Treats $1.50**
**Metal Shelf - Spa $10.00**
**Metal Wall Shelf - Spa $2.50**
**Metal Wall Shelf - Canine Kitchen $10.00**
**Metal Shelf - Storage  $5.00**
**Metal Shelf - Storage  $20.00**
**Stainless Steel Crates - Spa - 2 $1,000.00**
**Stainless Steel Crates - Nap -3 $1,500.00**
**Plastic Dog Crates - Large ~10 $25.00**
**Plastic Dog Crates - Med/Sm ~ 10 $20.00**
**Floor Safe $50.00**
**Bed Pads - Large/Med -30 $30.00**
**Bed Pads - Giant -20 $20.00**
**Blankets - 20 $10.00**
**Plastic Dog Leashes ~ 50 $25.00**
**Fabric Dog Leashes ` 25 $6.00**
**Leather Dog Leashes ` 2 $5.00**
**Mendota Leashes ~ 10 $10.00**
**Pinch Collars ~ 10 $10.00**
**Harness for Walks ~ 15 $30.00**
**Leashes for Walks ~10 $20.00**
**Stainless Steel Dog Bowls - Sm $50.00**
**Stainless Steel Dog Bowls - Sm $25.00**
**Stainless Steel Dog Pails - Large $25.00**
**Stainless Steel Dog Pails - Med $25.00**
**Vittles Vault - Large - 5 $15.00**
**Vittles Vault - Small - 4 $12.00**
**Air Conditioner - Computer Room $50.00**
**Heating/Cooling System  - 8 units $10,000.00**
**Ranch Room Hose Reels - 6 $90.00**
**100 Feet Hoses - 10 $250.00**
**Ranch Room Pressure Washer $800.00**
**Canine Scale $250.00**
**Washer Dryer Stacked $2,500.00**
**Aqua Vac System and Tools $5,000.00**
**Bowl Washer and Trays $1,000.00**
**Kitty Condos - 18 $1,000.00**
**Litter Pans - 18 $2.50**
**Kitty Pads -18 $2.50**
**Iron Dog Beds and Bedding - 9 $500.00**
**Orthopedic Dog Beds -52 $52.00**

**Steak Knives $5.00**
**Measuring Cup Set - 2 $10.00**

Debtor 1   **Michael Paul Enmon**                                          Case number (if known) _____

**2015 John Deere Tractor 3039 Compact Utlity Tractor**                                **$13,000.00**

43. <u>**Customer lists, mailing lists, or other compilations (details):**</u>

**Customer list in K-9 business software**                                **$0.00**

**Customer list ion Constant Contact**                                **$0.00**

**Customer List in shutterfly.**                                **$0.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Paul** | **Enmon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of     *Part 2: Additional Page*     as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **23230 Kickapoo Road, Waller, TX 77484 This asset is titled in the name of Kickapoo Kennels, LLC. However, pursuant to a judgment entered by the US District Court for the Southern District of Texas, all assets that were transferred by the Debtor to Kickapoo Kennels, LLC are void. Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.** Line from *Schedule A/B*:   **1.1** | **$2,000,000.00** | ☑ **$80,942.64** ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2015 Ram Pickup Truck 1500 Limited Eco Diesel (approx. 90000 miles)** **This asset is titled in the name of Kickapoo Kennels, LLC.  However, pursuant to a judgment entered by the US District Court for the Southern District of Texas, all assets that were transferred by the Debtor to Kickapoo Kennels, LLC are void. Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.** Line from *Schedule A/B*:  **3.1** | $26,000.00 | ☒ $26,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2015 Ram Pro Master 3500 (approx. 56000 miles)** **This asset is titled in the name of Kickapoo Kennels, LLC.  However, pursuant to a judgment entered by the US District Court for the Southern District of Texas, all assets that were transferred by the Debtor to Kickapoo Kennels, LLC are void. Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.** Line from *Schedule A/B*:  **3.2** | $17,000.00 | ☒ $7,423.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2017 Porsche Cayenne (approx. 13000 miles)** **This asset is titled in the name of Kickapoo Kennels, LLC.  However, pursuant to a judgment entered by the US District Court for the Southern District of Texas, all assets that were transferred by the Debtor to Kickapoo Kennels, LLC are void. Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.** Line from *Schedule A/B*:  **3.3** | $62,000.00 | ☒ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

Debtor 1      **Michael Paul Enmon**
_____      Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on _Schedule A/B_ that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from _Schedule A/B_ | _Check only one box for each exemption_ | |
| Brief description:<br>**2014 Pro Drive Diamon CIT SBX Boat - Angler Trailer**<br><br>**This asset is titled in the name of Kickapoo Kennels, LLC. However, pursuant to a judgment entered by the US District Court for the Southern District of Texas, all assets that were transfered by the Debtor to Kickapoo Kennels, LLC are void. Therefore, the Debtor is claiming an ownership in all assets - regardless of actual title.**<br>Line from _Schedule A/B_:   **4.1** | $12,000.00 | ☑  $12,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Artificial Tree -2 $5.00**<br>**Artificial Tulips -2 $2.00**<br>**Basket of Greenery -2 $2.00**<br>**Loose Faux Plants $2.00**<br>**Faux Floral in Tin $2.00**<br>**Faux Floral - White  $2.00**<br>**Faux Greenery in Pot $200.00**<br>**Small Floral in Tins - 4 $1.00**<br>**Dog Sign $1.00**<br>**Baloon Sign $1.00**<br>**Pray Sign $1.00**<br>**Love Sign $1.00**<br>**Small Acrylic Box $0.50**<br>**Ceramic Balls - 2 $0.25**<br>**Magnets - ~30 $1.50**<br>**Assorted Photo Frames -  30 Lg $50.00**<br>**Assorted Photo Frames -  30 Sm $50.00**<br>**Candles in Metal Holder $2.50**<br>**Duck Gravy Boat $10.00**<br>**Faux Grass $1.00**<br>**Labrador Jewelry Box $3.00**<br>**Labrador Coaster $1.00**<br>**Aggie Coaster $1.00**<br>**Wood Wine Box $2.00**<br>**Wicker Basket  - Chewed $1.00**<br>**Dog Toys -50 Used $12.50**<br>**Sonic Care Toothbrush $5.00**<br>**Blender $10.00**<br>**Keurig Coffee Pot $10.00**<br>**NutriBullet $10.00**<br>**Stools - 2 $20.00**<br>**Glass Dining Table / 4 Chairs $50.00**<br>**Leather Recliner $25.00**<br>**Leather Sofa $25.00**<br>**Coffee Table $10.00**<br>**Small Wall Table $25.00**<br>**Large Wall Table $30.00**<br>**Table Lamps - 2 Living $20.00**<br>**Table Lamps - 2 Bedroom $20.00**<br>**Wooden Lamp $5.00**<br>**End Table $5.00**<br>**Small Table $2.00**<br>**Gun Safe $400.00**<br>**Wine Rack - 7 bottles Wine $20.00**<br>**Range and Oven $100.00**<br>**Microwave $50.00**<br>**Dishwasher $50.00**<br>**Refrigerator $150.00**<br>**Dog Cookie Jar $2.50**<br>**Dog Bowls - 5 $2.50**<br>**Cat Bowl - 1 $0.50** | $4,153.75 | ☑ $4,153.75<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

**Dinner Plates - 8 $8.00**
**Salad Plates - 8 $8.00**

Debtor 1     **Michael Paul Enmon** _____     Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**55 LG Television - Living Room $100.00<br>36 LG Television - Bedroom $50.00<br>Sound Booster - Living Room $20.00<br>Sound Booster - Bedroom $10.00<br>Universal Remote $5.00<br>Mini IPad $10.00<br>Kindle Paperwhite $20.00<br>Kindle - Old $5.00<br>Kindle Fire $20.00<br>LG Television - Grace Apt $100.00<br>IPod mini $20.00<br>Wireless ear buds $10.00<br>IPhone wired ear phones - 3 $3.00<br>Space Heater $10.00**<br>Line from *Schedule A/B*:     **7** | **$383.00** | ☑ **$383.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Golf Clubs $50.00<br>Folding Chairs - 5 $25.00<br>Plastic Box with Dog Ribbons $5.00<br>Dog Handling Jackets - 4 $8.00<br>Dog Whistle  $1.00<br>Dog Handlers Short Leash $2.00<br>Dogtra Two Dog Collar $75.00<br>Full Body Duck Decoys - 6 $25.00<br>Floater Duck Decoys - 9 dozen $90.00<br>Chest Waders $10.00<br>Hip Waders $8.00<br>Tackle Bags and tackle  $100.00<br>Fishing Rods - 9 $90.00<br>Fishing Reels - 6 $120.00<br>Propane Cooker $100.00<br>Decoy Bags - 4 $20.00<br>Crawfish Cooker $300.00<br>Fish Fryer $100.00<br>Boiling Pots - 4 $20.00<br>Crawfish Strainers - 2 $10.00<br>Fish Measure $5.00<br>Dog Platform $5.00<br>Duck/Goose Calls - 7 $70.00<br>Mojo Decoys - 6 $60.00<br>Propane Tanks - 2 $10.00<br>Life Jackets - 4 $10.00<br>Binoculars $20.00<br>Metal Dog Box Drawer $100.00<br>Truck Tool Box $50.00**<br>Line from *Schedule A/B*:     **9** | **$1,409.00** | ☑ **$1,409.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

Debtor 1   **Michael Paul Enmon** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**IBrowning Automatic 12 Gage$300.00**<br>**308 Klein Gunther$400.00**<br>**223 Syco$400.00**<br>**Model 12 12 Gage$400.00**<br>**Model 12 12 Gage$400.00**<br>**Model 12 16 Gage$400.00**<br>**Benelli Pump 12 Gage $75.00**<br>**Beretta 12 Gage Extra$300.00**<br>**22 Browning$200.00**<br>**Benelli 12 Gage Automatic$600.00**<br>**Winchester Sentinel 3030$500.00**<br>**Winchester Sentinel 3030$500.00**<br>**Winchester 22$400.00**<br>**Winchester 3030$200.00**<br>**410 Single Barrel$50.00**<br>Line from *Schedule A/B*:  __**10**__ | **$5,125.00** | ☑  **$5,125.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on _Schedule A/B_ that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from _Schedule A/B_ | _Check only one box for each exemption_ | |
| Brief description:<br>**Blow Dryer$1.00**<br>**Toothbrush - 2$0.00**<br>**Shaving Brush$1.00**<br>**Shaving Cup$1.00**<br>**Razor and Blades$1.00**<br>**Bottles of Cologne - 2$2.00**<br>**Shirts - 85$85.00**<br>**Jeans - 18$18.00**<br>**Dress Pants - 11$55.00**<br>**Suits - 8$80.00**<br>**Winter Vest -6$15.00**<br>**Hoodies - 5$10.00**<br>**Outdoor Jackets - 3$15.00**<br>**Fleece Coats - 5$25.00**<br>**Camo T-Shirts - 8$8.00**<br>**Sweaters - 2$4.00**<br>**Sweatshirts - 3$3.00**<br>**T-Shirts - 23$23.00**<br>**Tennis Shoes - 8$5.00**<br>**Cowboy Boots - 2$20.00**<br>**Dress Shoes - 3$15.00**<br>**Baseball Caps - 32$10.00**<br>**Underwear - 14$0.00**<br>**Socks - 22 pairs$0.00**<br>**Long Johns - 3$0.00**<br>**Shorts - 2$1.00**<br>**Sweatpants - 2$1.00**<br>**Pajamas - 2$1.00**<br>**Rubber Boots - 2$5.00**<br>**Rain Suits - 2$30.00**<br>**Rain Coats - 3$15.00**<br>**Dress Overcoats - 2$20.00**<br>**Scarf - 1$1.00**<br>**Parkas - 2$20.00**<br>**Dress Rain Coat$5.00**<br>**Fez - 3$6.00**<br>**Work Boots$5.00**<br>**Belts - 9$1.00**<br>**Suspenders 6$12.00**<br>**Ties 15$7.50**<br>**Shoe Inserts - 2$2.00**<br>Line from _Schedule A/B_:    **11** | **$529.50** | ☑ **$529.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

Debtor 1    __Michael Paul Enmon__    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Tissot Watch $200.00**<br>**Aggie Ring $100.00**<br>**Wedding Ring $100.00**<br>**Tuxedo Cuff Links/Buttons - 2 pair $20.00**<br>**Lapel Pins - 10 $5.00**<br>**Masonic Chain $5.00**<br>**Masonic Belt Buckles - 3 $5.00**<br>**Cuff Links - 2 pair $5.00**<br>**Money Clip - 2 $5.00**<br>**Masonic Rope Tie $2.00**<br>**Masonic Watch $10.00**<br>**Broken Rolex      $500.00**<br>Line from *Schedule A/B*: __12__ | $957.00 | ☑ $957.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Wife's SEP IRA**<br><br>Line from *Schedule A/B*: __21__ | $72,659.73 | ☑ $72,659.73<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description:<br>**Prudential Insurance Company $500,000 (Mike) and Metropolitan Life Insurance Company $1 million (Kari)**<br><br>**No cash value**<br>Line from *Schedule A/B*: __31__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Medical and dental with Blue Cross Blue Shield for debtor and his wife.**<br>Line from *Schedule A/B*: __31__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

Debtor 1    **Michael Paul Enmon**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

Brief description:

**Wood and Metal Office Desk $100.00**
**Wood and Glass Cabinet $200.00**
**Wood Bookcase $50.00**
**Metal Filing Cabinet $50.00**
**Leather Office Chair $50.00**
**Wood and Metal Chair $25.00**
**Wood Short Table $25.00**
**Televisions - 13 Suites $150.00**
**Television - Lobby $200.00**
**VCR $25.00**
**NetVox Security System $100.00**
**Cash Drawer and Software $100.00**
**Credit Card Scanner - 2 $50.00**
**Receipt Printer $75.00**
**HP Color Laser Jet Pro Fax $100.00**
**HP Laser Jet Pro $50.00**
**Datto Backup System $200.00**
**Backup for Cameras $10.00**
**Cisco IP Phone 7942 $40.00**
**Cisco IP Phone 7942 $40.00**
**Cisco IP Phone 7942 $40.00**
**Cisco IP Phone 7942 $40.00**
**Cisco IP Phone 7942 $40.00**
**HP Elite Pro Laptop $60.00**
**HP Elite Pro Laptop $60.00**
**HP Docking Station $15.00**
**APS Battery Back UP $10.00**
**APS Battery Back UP $30.00**
**APS Battery Back UP $30.00**
**APS Battery Back UP -Server $50.00**
**HP Computer Monitor $30.00**
**HP Computer Monitor $15.00**
**HP Computer Monitor $15.00**
**HP Mouse Wired $5.00**
**HP Mouse Wired $5.00**
**HP Mouse Wired $5.00**
**HP Mouse Wired $5.00**
**HP Mouse Wireless $5.00**
**Mouse Wired Mini $2.50**
**HP Mouse Wired $20.00**
**HP Mouse Wired $20.00**
**HP Mouse Wired $20.00**
**HP Keyboard - front desk $25.00**
**HP Keyboard - front desk $25.00**
**HP Keyboard - office $25.00**
**HP Keyboard - server $25.00**
**HP Keyboard - extra $25.00**
**HP Computer -front desk $50.00**
**HP Computer -front desk $50.00**
**HP Computer - cameras $50.00**
**HP Computer - music - dead $5.00**

Current value of the portion you own: **$5,288.75**

Amount of the exemption you claim:
☑ **$5,288.75**
☐ 100% of fair market value, up to any applicable statutory limit

Specific laws that allow exemption: **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)**

**Cisco Phone System $500.00**
**Microsoft Office Suite Software $5.00**

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Floor Chalk Board $5.00**<br>**Desk Chalk Board $1.00**<br>**Desk Chalk Board $1.00**<br>**Ceramic Pen Holder -2 $0.25**<br>**Glass Dish $5.00**<br>**Metal Pail - Silver $2.50**<br>**Wicker Basket -2 $1.00**<br>**Ceramic Wax Warmer $1.00**<br>**Glade Warmers - 5 $0.50**<br>**Warmer Refills $1.00**<br>**Batteries - AA - 4 $1.00**<br>**Batteries - C - 8 $2.00**<br>**Batteries -AAA- 6 $1.50**<br>**Framed Wall Photo of Mike and Kari $1.00**<br>**Metal Trash Can Pail - Floral $1.00**<br>**Tiffany Glass Box $5.00**<br>**Office Photo Frames - 5x7 = 5 $5.00**<br>**Office Photo Frames - 4x6 = 8 $5.00**<br>**Business Books - 25 $7.00**<br>**Ceramic Paw Print $-**<br>**Ash Container and Ashes $1.00**<br>**Potted Faux Gerber Daisy $0.50**<br>**Faux Pink Geranium $1.00**<br>**Faux Potted Lavender $1.00**<br>**Faux Potted Roses $1.00**<br>**Wood Signs with Phrases  ~5 $8.50**<br>**Wood Signs with Phrases ~ 5 $5.00**<br>**Metal Signs with Phrases ~ 2 $2.00**<br>**3 Kitty Sign $0.25**<br>**Metal Date Marker $5.00**<br>**Metal Chalk Board Signs - 2 $0.50**<br>**Glass Jars - 3 $4.50**<br>**Glass Jar missing lid $0.25**<br>**Metal Tins - 2 $0.50**<br>**Timers ~6 $6.00**<br>**Vase - Metal -2 $2.00**<br>**Vase - Ceramic - 2 $3.00**<br>**Vase - Glass July 4 $0.50**<br>**Vase - Glass Halloween $0.50**<br>**Ceramic Pen Holder  $1.50**<br>**Metal Pen Holders - 2 $0.50**<br>**Framed Diplomas - 2 $1.00**<br>**Leather Judges Book - Personalized $1.00**<br>**Leather Photo Album - Personalized $0.25**<br>**Leather Photo Album - Personalized $0.25**<br>**Leather Photo Album - Personalized $0.25** | **$6,450.75** | ☑  **$6,450.75**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Construction Costume $2.00**

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Farm raised fish - not for commercial use.** Line from *Schedule A/B*: __47__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Paul** | **Enmon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|
| **2.1** | | | |

**Allegiance Bank**
Creditor's name
**2200 Nasa Road, suite 100**
Number     Street

Describe the property that secures the claim:

**23230 Kickapoo Road and business assets**

| | | |
|---|---|---|
| **$334,883.00** | **$2,000,000.00** | |

_____

| **Houston** | **TX**   **77058** |
|---|---|
| City | State   ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Date debt was incurred | **4-2017** | Last 4 digits of account number | **4   1   0   8** |
|---|---|---|---|

Add the dollar value of your entries in Column A on this page. Write that number here:

| **$334,883.00** |
|---|

Debtor 1    **Michael Paul Enmon**                                          Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.2**

**Ally Financial**
Creditor's name
**PO Box 380901**
Number    Street

**Bloomington      MN    55438**
City                 State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **9-2015**

Describe the property that secures the claim:               $9,577.00          $17,000.00

**2015 Ram Pro Master 3500 (approx. 56000 miles)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number    **9  1  0  5**

**2.3**

**Chase Auto Finance**
Creditor's name
**PO Box 78068**
Number    Street

**Phoenix          AZ    85062**
City                 State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **11-2016**

Describe the property that secures the claim:               $62,010.00          $62,000.00          $10.00

**2017 Porsche Cayenne (approx. 13000 miles)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number    **5  7  0  6**

Add the dollar value of your entries in Column A on this page.  Write that number here:                    $71,587.00

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.4 |
|---|

**John Deere Financial**
Creditor's name
**PO Box 5328**
Number     Street

_____

**Madison**            **WI**    **53705**
City                  State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **10-2015**

Describe the property that secures the claim:

**2015 John Deere 3039 Compact Utility Tractor**

$12,932.00          $13,000.00

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    **4  7  1  8**

| 2.5 |
|---|

**Mutual of Omaha**
Creditor's name
**3333 Farnam Street**
Number     Street

_____

**Omaha**             **NE**    **86131**
City                  State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **12-2009**

Describe the property that secures the claim:

**Real property and business assets**

$1,584,174.36        $2,000,000.00

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:          $1,597,106.36

Debtor 1     **Michael Paul Enmon**

Case number (if known) _____

| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them sequentially from the previous page. | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral | Column B <br> **Value of collateral that supports this claim** | Column C <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|

| 2.6 | | Describe the property that secures the claim: | $98,963.22 | $0.00 | $98,963.22 |

**Wauson Probus**
Creditor's name
**One Sugar Creek Center Blvd**
Number     Street
**Suite 880**

**Secured by 95% in Kickapoo Kennels, LLC**

_____

**Sugar Land         TX    77478**
City                      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**     _____

**Last 4 digits of account number**     ____ ____ ____ ____

Add the dollar value of your entries in Column A on this page. Write that number here:

| $98,963.22 |
|---|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $2,102,539.58 |
|---|

**Fill in this information to identify your case:**

Debtor 1        __Michael__         __Paul__          __Enmon__
                First Name          Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name       Last Name

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)      _____

☐ Check if this is an
   amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number        Street

City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1  **Michael Paul Enmon**　　　　　　　　　　　　　　　　Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐　No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑　Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
    type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
    Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

---

**4.1**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$0.00**

**Bart De Bie**
Nonpriority Creditor's Name
**c/o William Gage**
Number　　　Street
**2229 San Felipe, Suite 1000**

**Houston**　　　　　　　**TX**　　**77019**
City　　　　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☐　Debtor 1 only
☐　Debtor 2 only
☐　Debtor 1 and Debtor 2 only
☑　At least one of the debtors and another

☐　**Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑　No
☐　Yes

Last 4 digits of account number　___ ___ ___ ___
**When was the debt incurred?**　_____

**As of the date you file, the claim is:** Check all that apply.
☐　Contingent
☐　Unliquidated
☐　Disputed

**Type of NONPRIORITY unsecured claim:**
☐　Student loans
☐　Obligations arising out of a separation agreement or divorce
　　that you did not report as priority claims
☐　Debts to pension or profit-sharing plans, and other similar debts
☑　Other.  Specify
　　**Judgment - Prospect**

---

**4.2**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$33,541.53**

**Brad Mitchell**
Nonpriority Creditor's Name
**7803 Elm Tree Court**
Number　　　Street

**Sugar Land**　　　　　　**TX**　　**77479**
City　　　　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☐　Debtor 1 only
☐　Debtor 2 only
☐　Debtor 1 and Debtor 2 only
☑　At least one of the debtors and another

☑　**Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑　No
☐　Yes

Last 4 digits of account number　___ ___ ___ ___
**When was the debt incurred?**　**2011**

**As of the date you file, the claim is:** Check all that apply.
☐　Contingent
☐　Unliquidated
☐　Disputed

**Type of NONPRIORITY unsecured claim:**
☐　Student loans
☐　Obligations arising out of a separation agreement or divorce
　　that you did not report as priority claims
☐　Debts to pension or profit-sharing plans, and other similar debts
☑　Other.  Specify
　　**Loan**

---

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.3 | | **$47,375.40** |

**Chad Dufrene**
Nonpriority Creditor's Name
**917 Winona**
Number      Street

_____

| **Mandeville** | **LA** | **70471** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Loan**

| 4.4 | | **$295,166.46** |

**David Bello**
Nonpriority Creditor's Name
**Bell-man Construction**
Number      Street
**5628 Kansas Street**

_____

| **Houston** | **TX** | **77007** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Initial construciton loan**

| 4.5 | | **$18,058.00** |

**EdFinancial Services**
Nonpriority Creditor's Name
**Dept 88D055**
Number      Street

_____

| **Knoxville** | **TN** | **37995** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    2  3  8  8

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.6**

**$4,000,000.00**

**John F. Barry**
Nonpriority Creditor's Name
**c/o William Gage**
Number      Street
**2229 San Felipe, Suite 1000**

**Houston**              **TX**      **77019**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prospect Judgment - J&S Liability**

**4.7**

**$4,000,000.00**

**M. Grier Eliasek**
Nonpriority Creditor's Name
**c/o William Gage**
Number      Street
**2229 San Felipe, Suite 1000**

**Houston**              **TX**      **77019**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prospect Judgment - J&S Liability**

**4.8**

**$4,000,000.00**

**Prospect Capital Corporation**
Nonpriority Creditor's Name
**10 East 40th Street**
Number      Street

**New York**              **NY**      **10016**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prospect Judgment - J&S Liability**

Debtor 1    **Michael Paul Enmon**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.9**

| | **$120,354.11** |

**Prospect Capital Corporation**
Nonpriority Creditor's Name
**c/o William A. Gage**
Number      Street
**Buck Keenan**

**2229 San Felipe, Suite 1000**

**Houston**               **TX**    **77019**
City                      State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Per Doc. 62 (contempt)**

**4.10**

| | **$4,000,000.00** |

**Prospect Capital Management**
Nonpriority Creditor's Name
**c/o William A. Gage**
Number      Street
**Buck Keenan**

**2229 San Felipe, Suite 1000**

**Houston**               **TX**    **77019**
City                      State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prospect Judgment - J&S Liability**

**4.11**

| | **$4,000,000.00** |

**Walter Parker**
Nonpriority Creditor's Name
**c/o William A. Gage**
Number      Street
**Buck Keenan**

**2229 San Felipe, Suite 1000**

**Houston**               **TX**    **77019**
City                      State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prospect Judgment - J&S Liability**

Debtor 1   **Michael Paul Enmon** _____   Case number (if known) _____

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

| | | | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $0.00 |

| | | | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $18,058.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $20,496,437.50 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $20,514,495.50 |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Michael** | **Paul** | **Enmon** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **AT&T** <br> Name <br> **PO Box 5019** <br> Number   Street <br><br> **Carol Stream**      **IL**   **60197** <br> City            State   ZIP Code | **Wireline and internet services** <br> **Contract to be ASSUMED** |
| 2.2 | **AT&T** <br> Name <br> **PO Box 5019** <br> Number   Street <br><br> **Carol Stream**      **IL**   **60197** <br> City            State   ZIP Code | **Fax Line** <br> **Contract to be ASSUMED** |
| 2.3 | **AT&T Mobility** <br> Name <br> **PO Box 537104** <br> Number   Street <br><br> **Atlanta**      **GA**   **30353** <br> City            State   ZIP Code | **Cell phone contract** <br> **Contract to be ASSUMED** |
| 2.4 | **Blue Cross Blue Shield** <br> Name <br> **PO Box 30142** <br> Number   Street <br><br> **Tampa**      **FL**   **33630** <br> City            State   ZIP Code | **Medical and dental insurance** <br> **Contract to be ASSUMED** |

Debtor 1    **Michael Paul Enmon**                                                  Case number (if known) _____

█████    **Additional Page if You Have More Contracts or Leases**

**Person or company with whom you have the contract or lease**          **What the contract or lease is for**

2.5    **Burchfield Septic**                                             **Septic Maintenance**
Name                                                                    **Contract to be ASSUMED**
**1004 Hwy 90 West**
Number     Street

**Weimar**                          **TX**        **78962**
City                                State       ZIP Code

2.6    **Dish**                                                         **Satelite TV**
Name                                                                    **Contract to be ASSUMED**
**PO Box 94063**
Number     Street

**Palatine**                        **IL**        **60094**
City                                State       ZIP Code

2.7    **Double Oak Storm Tex**                                         **Storm Water Permit**
Name                                                                    **Contract to be ASSUMED**
**PO Box 979**
Number     Street

**Waller**                          **TX**        **77484**
City                                State       ZIP Code

2.8    **Graston Power Technologies**                                   **Generator maintenance**
Name                                                                    **Contract to be ASSUMED**
**2418 N Frazier St., Suite 105**
Number     Street

**Conroe**                          **TX**        **77303**
City                                State       ZIP Code

2.9    **Heritage Payment Solutions**                                   **Credit Card Processing**
Name                                                                    **Contract to be ASSUMED**
**3207 Rogers Road, Suite 201**
Number     Street

**Wake Forest**                     **NC**        **27587**
City                                State       ZIP Code

2.10   **Mass Mutual**                                                  **Term life insurance policy**
Name                                                                    **Contract to be ASSUMED**
**1295 State Street**
Number     Street

**Springfield**                     **MA**        **01111**
City                                State       ZIP Code

2.11   **Mikeska Security**                                             **Alarm Monitoring**
Name                                                                    **Contract to be ASSUMED**
**16129 Cypress Rose Hill Road**
Number     Street

**Houston**                         **TX**        **77229**
City                                State       ZIP Code

Debtor 1    **Michael Paul Enmon** _____     Case number (if known) _____

<div style="background:black">            </div> **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.12** **Prudential**
Name
**PO Box 41594**
Number      Street

**Philadelphia**          **PA**      **19176**
City                          State    ZIP Code

**Term life insurance**
**Contract to be ASSUMED**

**2.13** **Questco**
Name
**100 Commercial Circle Bldg**
Number      Street

**Conroe**              **TX**      **77304**
City                          State    ZIP Code

**Payroll processing, workers compensation and payroll taxes**
**Contract to be ASSUMED**

**2.14** **Reliable IT**
Name
**1160 Dairy Ashford St**
Number      Street
**Suite 300**

**Houston**              **TX**      **77079**
City                          State    ZIP Code

**IT Services**
**Contract to be ASSUMED**

**2.15** **Reliant Energy**
Name
**PO Box 650475**
Number      Street

**Dallas**              **TX**      **75265**
City                          State    ZIP Code

**Electricity**
**Contract to be ASSUMED**

**2.16** **Republic Services**
Name
**PO Box 9001099**
Number      Street

**Louisville**          **KY**      **40290**
City                          State    ZIP Code

**Trash pickup**
**Contract to be ASSUMED**

**2.17** **Sirius**
Name
**PO Box 9001399**
Number      Street

**Louisville**          **KY**      **40290**
City                          State    ZIP Code

**Satellite Radios**
**Contract to be ASSUMED**

**2.18** **Solitude Lake Mgt**
Name
**PO Box 969**
Number      Street

**Virginia Beach**      **VA**      **23451**
City                          State    ZIP Code

**Pond management**
**Contract to be ASSUMED**

Debtor 1   **Michael Paul Enmon** _____   Case number (if known) _____

████████   **Additional Page if You Have More Contracts or Leases**

**Person or company with whom you have the contract or lease**   **What the contract or lease is for**

2.19   **Yellow Pages Online** _____   **Yellow pages online listing**
Name   **Contract to be ASSUMED**
**PO Box 5010** _____
Number      Street

_____

**Carol Stream**          **IL**      **60197**
City                     State    ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Paul** | **Enmon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
   
   ☐ No
   ☑ Yes

   In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

   **Kari Ann Enmon**
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number     Street

   _____

   _____
   City                    State        ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Kari Enmon** | |
   |---|---|---|
   | | Name | |
   | | **23230 Kickapoo Road** | |
   | | Number     Street | |
   | | | |
   | | **Waller**        **TX**   **77484** | |
   | | City          State   ZIP Code | |

   ☑ Schedule D, line **2.5**
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   **Mutual of Omaha**

Debtor 1    **Michael Paul Enmon**          Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Kari Enmon** |
|---|---|

**Kari Enmon**
Name
**23230 Kickapoo Road**
Number      Street

**Waller**          **TX**      **77484**
City           State      ZIP Code

☑ Schedule D, line    **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Allegiance Bank**

---

| 3.3 |
|---|

**Kari Enmon**
Name
**23230 Kickapoo Road**
Number      Street

**Waller**          **TX**      **77484**
City           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.2**
☐ Schedule G, line _____
**Brad Mitchell**

---

| 3.4 |
|---|

**Kari Enmon**
Name
**23230 Kickapoo Road**
Number      Street

**Waller**          **TX**      **77484**
City           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.4**
☐ Schedule G, line _____
**David Bello**

---

| 3.5 |
|---|

**Kari Enmon**
Name
**23230 Kickapoo Road**
Number      Street

**Waller**          **TX**      **77484**
City           State      ZIP Code

☑ Schedule D, line    **2.4**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**John Deere Financial**

---

| 3.6 |
|---|

**Kari Enmon**
Name
**23230 Kickapoo Road**
Number      Street

**Waller**          **TX**      **77484**
City           State      ZIP Code

☑ Schedule D, line    **2.6**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wauson Probus**

---

| 3.7 |
|---|

**Kari Enmon**
Name
**23230 Kickapoo Road**
Number      Street

**Waller**          **TX**      **77484**
City           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.8**
☐ Schedule G, line _____
**Prospect Capital Corporation**

Debtor 1 __Michael Paul Enmon_____   Case number (if known) _____

### █ Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

| 3.8 | **Kari Enmon** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line __4.9__ |
| | **23230 Kickapoo Road** | ☐ Schedule G, line _____ |
| | Number      Street | **Prospect Capital Corporation** |
| | **Waller**          **TX**      **77484** | |
| | City                State    ZIP Code | |

| 3.9 | **Enmon, Kari Ann** | ☑ Schedule D, line __2.1__ |
| | Name | ☐ Schedule E/F, line _____ |
| | **23230 Kickapoo Road** | ☐ Schedule G, line _____ |
| | Number      Street | **Allegiance Bank** |
| | **Waller**          **TX**      **77484** | |
| | City                State    ZIP Code | |

| 3.10 | **Enmon, Kari Ann** | ☑ Schedule D, line __2.2__ |
| | Name | ☐ Schedule E/F, line _____ |
| | **23230 Kickapoo Road** | ☐ Schedule G, line _____ |
| | Number      Street | **Ally Financial** |
| | **Waller**          **TX**      **77484** | |
| | City                State    ZIP Code | |

| 3.11 | **Enmon, Kari Ann** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line __4.1__ |
| | **23230 Kickapoo Road** | ☐ Schedule G, line _____ |
| | Number      Street | **Bart De Bie** |
| | **Waller**          **TX**      **77484** | |
| | City                State    ZIP Code | |

| 3.12 | **Enmon, Kari Ann** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line __4.2__ |
| | **23230 Kickapoo Road** | ☐ Schedule G, line _____ |
| | Number      Street | **Brad Mitchell** |
| | **Waller**          **TX**      **77484** | |
| | City                State    ZIP Code | |

| 3.13 | **Enmon, Kari Ann** | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line __4.3__ |
| | **23230 Kickapoo Road** | ☐ Schedule G, line _____ |
| | Number      Street | **Chad Dufrene** |
| | **Waller**          **TX**      **77484** | |
| | City                State    ZIP Code | |

Debtor 1   **Michael Paul Enmon** _____   Case number (if known) _____

| █████ | **Additional Page to List More Codebtors** |

_Column 1:_ **Your codebtor**                    _Column 2:_ **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.14 | **Enmon, Kari Ann** |
|---|---|

Name

**23230 Kickapoo Road**
Number        Street

_____

**Waller**                    **TX**        **77484**
City                    State        ZIP Code

☑ Schedule D, line **2.3**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Chase Auto Finance**

| 3.15 | **Enmon, Kari Ann** |
|---|---|

Name

**23230 Kickapoo Road**
Number        Street

_____

**Waller**                    **TX**        **77484**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.4**
☐ Schedule G, line _____
**David Bello**

| 3.16 | **Enmon, Kari Ann** |
|---|---|

Name

**23230 Kickapoo Road**
Number        Street

_____

**Waller**                    **TX**        **77484**
City                    State        ZIP Code

☑ Schedule D, line **2.4**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**John Deere Financial**

| 3.17 | **Enmon, Kari Ann** |
|---|---|

Name

**23230 Kickapoo Road**
Number        Street

_____

**Waller**                    **TX**        **77484**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.6**
☐ Schedule G, line _____
**John F. Barry**

| 3.18 | **Enmon, Kari Ann** |
|---|---|

Name

**23230 Kickapoo Road**
Number        Street

_____

**Waller**                    **TX**        **77484**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.7**
☐ Schedule G, line _____
**M. Grier Eliasek**

| 3.19 | **Enmon, Kari Ann** |
|---|---|

Name

**23230 Kickapoo Road**
Number        Street

_____

**Waller**                    **TX**        **77484**
City                    State        ZIP Code

☑ Schedule D, line **2.5**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Mutual of Omaha**

Debtor 1    **Michael Paul Enmon**                                                      Case number (if known) _____

███████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                       *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.20 | **Enmon, Kari Ann** | | |
|---|---|---|---|

**Enmon, Kari Ann**
Name
**23230 Kickapoo Road**
Number       Street
_____

**Waller**                    **TX**        **77484**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _____**4.8**_____
☐ Schedule G, line _____
**Prospect Capital Corporation**

**Enmon, Kari Ann**
Name
**23230 Kickapoo Road**
Number       Street
_____

**Waller**                    **TX**        **77484**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _____**4.9**_____
☐ Schedule G, line _____
**Prospect Capital Corporation**

**Enmon, Kari Ann**
Name
**23230 Kickapoo Road**
Number       Street
_____

**Waller**                    **TX**        **77484**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _____**4.10**_____
☐ Schedule G, line _____
**Prospect Capital Management**

**Enmon, Kari Ann**
Name
**23230 Kickapoo Road**
Number       Street
_____

**Waller**                    **TX**        **77484**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _____**4.11**_____
☐ Schedule G, line _____
**Walter Parker**

**Enmon, Kari Ann**
Name
**23230 Kickapoo Road**
Number       Street
_____

**Waller**                    **TX**        **77484**
City                          State        ZIP Code

☑ Schedule D, line _____**2.6**_____
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wauson Probus**

3.21
3.22
3.23
3.24

**Fill in this information to identify your case:**

| Debtor 1 | **Michael** | **Paul** | **Enmon** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1.** **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| **Occupation** | | **Dog Trainer/Kennel Manager** | **Management** |
| **Employer's name** | | **Kickapoo Ranch Pet Resort** | **Kickapoo Ranch Pet Resort** |
| **Employer's address** | | **23230 Kickapoo Road** | **23230 Kickapoo Road** |
| | | Number  Street | Number  Street |
| | | **Waller**    **TX**    **77484** | **Waller**    **TX**    **77484** |
| | | City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | | **7 years** | **7 years** |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1     **Michael Paul Enmon** _____     Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................ ➔ 4. | **$0.00** | **$0.00** |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | **$0.00** | **$0.00** |
| | 5b. | Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| | 5c. | Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| | 5d. | Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | 5e. | Insurance | 5e. | **$0.00** | **$0.00** |
| | 5f. | Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | 5g. | Union dues | 5g. | **$0.00** | **$0.00** |
| | 5h. | Other deductions. Specify: _____ | 5h.+ | **$0.00** | **$0.00** |

**6.** Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.   **$0.00**   **$0.00**

**7.** Calculate total monthly take-home pay.   Subtract line 6 from line 4.   7.   **$0.00**   **$0.00**

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| 8e. | Social Security | 8e. | **$0.00** | **$0.00** |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. | Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| 8h. | Other monthly income. Specify:  Ave. Gross income for both H&W from Kick | 8h.+ | **$122,189.66** | **$0.00** |

**9.** Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   **$122,189.66**   **$0.00**

**10.** Calculate monthly income.  Add line 7 + line 9.   10.   **$122,189.66**  +  **$0.00**  =  **$122,189.66**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11.  +  **$0.00**

**12.** Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   **$122,189.66**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1    **Michael**         **Paul**           **Enmon**
            First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name      Last Name

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
  chapter 13 expenses as of the
  following date:

  _____
  MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**          ☑ No

    Do not list Debtor 1 and           ☐ Yes. Fill out this information
    Debtor 2.                                 for each dependent..................

    Do not state the dependents'
    names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No
                                             ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**          4.      _____ **$22,350.97**
    Include first mortgage payments and any rent for the ground or lot.

    **If not included in line 4:**

    4a.  Real estate taxes                                            4a.     _____ **$2,500.00**

    4b.  Property, homeowner's, or renter's insurance                4b.     _____

    4c.  Home maintenance, repair, and upkeep expenses               4c.     _____

    4d.  Homeowner's association or condominium dues                 4d.     _____

Debtor 1     **Michael Paul Enmon**                                    Case number (if known) _____

                                                                        **Your expenses**

| | | | |
|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| **6.** | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | _____ |
| | 6b.  Water, sewer, garbage collection | 6b. | _____ |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | _____ |
| | 6d.  Other.  Specify: _____ | 6d. | _____ |
| **7.** | **Food and housekeeping supplies** | 7. | **$1,762.76** |
| **8.** | **Childcare and children's education costs** | 8. | _____ |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$500.00** |
| **10.** | **Personal care products and services** | 10. | **$1,500.00** |
| **11.** | **Medical and dental expenses** | 11. | **$500.00** |
| **12.** | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$2,000.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$1,000.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | **$1,500.00** |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | _____ |
| | 15b.  Health insurance | 15b. | **$2,150.00** |
| | 15c.  Vehicle insurance | 15c. | _____ |
| | 15d.  Other insurance.  Specify: _____ | 15d. | _____ |
| **16.** | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Estimated taxes** | 16. | **$7,000.00** |
| **17.** | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1    **SUV** | 17a. | **$1,401.00** |
| | 17b.  Car payments for Vehicle 2    **Van** | 17b. | **$1,223.00** |
| | 17c.  Other.  Specify: **Tractor** | 17c. | **$385.88** |
| | 17d.  Other.  Specify: _____ | 17d. | _____ |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.   Mortgages on other property                                    20a.   _____

20b.   Real estate taxes                                              20b.   _____

20c.   Property, homeowner's, or renter's insurance                   20c.   _____

20d.   Maintenance, repair, and upkeep expenses                       20d.   _____

20e.   Homeowner's association or condominium dues                    20e.   _____

**21. Other.   Specify:   See continuation sheet** _____    21.   +_____ **$76,163.33**

**22. Calculate your monthly expenses.**

22a.   Add lines 4 through 21.                                        22a.   **$121,936.94**

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.   _____

22c.   Add line 22a and 22b.  The result is your monthly expenses.    22c.   **$121,936.94**

**23. Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.   23a.   **$122,189.66**

23b.   Copy your monthly expenses from line 22c above.                23b.   −_____ **$121,936.94**

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                                23c.   **$252.72**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  | Explain here:

Debtor 1    **Michael Paul Enmon**                                    Case number (if known) _____

**21.  Other.  Specify:**

| | |
|---|---:|
| **Ave Business Expense for SG&A (Sales, General and Admin. Expenses)** | **$35,000.00** |
| **Business Expense - Labor Expense** | **$27,030.00** |
| **Business Expeness - Franchise Taxes** | **$633.33** |
| **Capital Improvements** | **$13,500.00** |
| **Total:** | **$76,163.33** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Paul** | **Enmon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

| | Your assets |
|---|---|
| | Value of what you own |
| **1.**  *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a.  Copy line 55, Total real estate, from Schedule A/B............................................................ | **$2,000,000.00** |
| 1b.  Copy line 62, Total personal property, from Schedule A/B.................................................. | **$584,994.57** |
| 1c.  Copy line 63, Total of all property on Schedule A/B............................................................ | **$2,584,994.57** |

### Part 2:     Summarize Your Liabilities

| | Your liabilities |
|---|---|
| | Amount you owe |
| **2.**  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$2,102,539.58** |
| **3.**  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$0.00** |
| 3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$20,514,495.50** |
| **Your total liabilities** | **$22,617,035.08** |

### Part 3:     Summarize Your Income and Expenses

| | |
|---|---|
| **4.**  *Schedule I: Your Income* (Official Form 106I)  Copy your combined monthly income from line 12 of Schedule I............................................................ | **$122,189.66** |
| **5.**  *Schedule J: Your Expenses* (Official Form 106J)  Copy your monthly expenses from line 22c of Schedule J........................................................... | **$121,936.94** |

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.    _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)    _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)    _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    _____

9d.  Student loans.  (Copy line 6f.)    _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    **+** _____

9g.  **Total.**  Add lines 9a through 9f.    _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Paul** | **Enmon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Michael Paul Enmon**_____       X _____
Michael Paul Enmon, Debtor 1                                         Signature of Debtor 2

Date **01/10/2018**_____                                    Date _____
MM / DD / YYYY                                                          MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Paul** | **Enmon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Michael Paul Enmon**                                          Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---------|-------------------------------------|

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$79,977.37** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, **2017** )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$1,544,995.75** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2016** )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$1,383,664.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes.  Fill in the details.

Debtor 1     **Michael Paul Enmon**                                    Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Discover** | | $23,401.64 | $0.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **PO Box 790213** | Jan-18 $2,461.64 | | | ☑ Credit card |
| Number     Street | Dec-17 $4,651 | | | ☐ Loan repayment |
| | Nov-17 $7,421 | | | ☐ Suppliers or vendors |
| | Oct-17 $8,868 | | | ☐ Other _____ |
| **Saint Louis          MO     63179** | | | | |
| City                      State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Capital One Spark Business Card** | | $23,277.46 | $0.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **PO Box 60599** | Jan-18 $2,601.46 | | | ☑ Credit card |
| Number     Street | | | | ☐ Loan repayment |
| | Dec-17 $8,400 | | | ☐ Suppliers or vendors |
| | Nov-17 $5,527 | | | ☐ Other _____ |
| **City of Industry     CA     91716** | | | | |
| City                      State    ZIP Code | Oct-17 $6,749 | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Heritage Payment Solutions** | | | | ☐ Mortgage |
| Creditor's name | $2601.73 (Jan 2, 2018) | | | ☐ Car |
| Number     Street | $3156.38 (Dec 1, 2017) | | | ☐ Credit card |
| | $2618.42 (Nov 1, 2017) | | | ☐ Loan repayment |
| | $2431.94 (Oct 2, 2017) | | | ☑ Suppliers or vendors |
| City                      State    ZIP Code | | | | ☐ Other _____ |

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Citibank - Wife's account** | | $1,860.53 | _____ | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| | Jan-18 $92.53 | | | ☑ Credit card |
| _____ | Dec-17 $200 | | | ☐ Loan repayment |
| Number   Street | Nov-17 $224 | | | ☐ Suppliers or vendors |
| _____ | Oct-17 $1,344 | | | ☐ Other _____ |
| City    State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Citibank Double Cash (Wife's account)** | | $7,389.30 | _____ | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| | Jan-18 $336.30 | | | ☑ Credit card |
| _____ | Dec-17 $5,598 | | | ☐ Loan repayment |
| Number   Street | Nov-17 $514 | | | ☐ Suppliers or vendors |
| _____ | Oct-17 $941 | | | ☐ Other _____ |
| City    State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Mutual of Omaha** | | $52,315.88 | $1,587,133.43 | ☑ Mortgage |
| Creditor's name | | | | ☐ Car |
| **3333 Farnam Street** | 1/2/2018 $13,078.97 | | | ☐ Credit card |
| Number   Street | Dec-17 $13,078.97 | | | ☐ Loan repayment |
| | Nov-17 $13,078.97 | | | ☐ Suppliers or vendors |
| **Omaha**    **NE**   **86131** | Oct-17 $13,078.97 | | | ☐ Other _____ |
| City    State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Ally Financial** | | $4,892.00 | $9,577.00 | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **PO Box 380901** | 1/5/2018 $1,223.00 | | | ☐ Credit card |
| Number   Street | Dec-17 $1,223.00 | | | ☐ Loan repayment |
| | Nov-17 $1,223.00 | | | ☐ Suppliers or vendors |
| **Bloomington**    **MN**   **55438** | Oct-17 $1,223.00 | | | ☐ Other _____ |
| City    State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Chase Auto Finance** | | $5,604.00 | $62,010.00 | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **PO Box 78068** | 1/3/2018 $1,401.00 | | | ☐ Credit card |
| Number   Street | Dec-17 $1,401.00 | | | ☐ Loan repayment |
| | Nov-17 $1,401.00 | | | ☐ Suppliers or vendors |
| **Phoenix**    **AZ**   **85062** | Oct-17 $1,401.00 | | | ☐ Other _____ |
| City    State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Allegiance Bank** | | $20,291.00 | $334,883.00 | ☑ Mortgage |
| Creditor's name | | | | ☐ Car |
| **2200 Nasa Road, suite 100** | Dec-17 $9,272.00 | | | ☐ Credit card |
| Number   Street | Nov-17 $9,272.00 | | | ☐ Loan repayment |
| | Nov-17 $1,747.00 | | | ☐ Suppliers or vendors |
| **Houston**    **TX**   **77058** | | | | ☐ Other _____ |
| City    State   ZIP Code | | | | |

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Wauson Probus** | | $5,461.10 | $97,685.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **One Sugar Creek Center Blvd** | **1/8/2018 $720.00** | | | ☐ Credit card |
| Number     Street | **Dec-17 $1,718.10** | | | ☐ Loan repayment |
| **Suite 880** | **Nov-17 $1,440.00** | | | ☐ Suppliers or vendors |
| | **Oct-17 $1,583.00** | | | ☑ Other **Attorney fees** |
| **Sugar Land          TX      77478** | | | | |
| City                          State    ZIP Code | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    _Insiders_ include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

    ☑ No
    ☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes.  List all payments that benefited an insider.

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Prospect Capital Corp. vs Michael Enmon, etal** | **Motion to Appoint Receiver** | **Southern District of Texas - Houston Division** | ☑ Pending |
| | | Court Name | ☐ On appeal |
| Case number **4-11-CV-00601** | | Number     Street | ☐ Concluded |
| | | City          State     ZIP Code | |

Debtor 1   **Michael Paul Enmon** _____   Case number (if known) _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | **Cash donation** | | |
| **12th Man Foundation** | | 2017 | **$5,000.00** |
| Charity's Name | | | |
| **PO Box 2800** | | | |
| Number     Street | | | |
| | | | |
| **College Station        TX      77841** | | | |
| City                          State    ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Hilary Clinton Campaign** | | 2016 | **$3,000.00** |
| Charity's Name | | | |
| | | | |
| Number     Street | | | |
| | | | |
| City                          State    ZIP Code | | | |

Debtor 1    **Michael Paul Enmon**                                                Case number (if known) _____

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

**Cash**

**ATM Former Student Association**                                                                    11-2017        $500.00
Charity's Name

_____                                                        _____        _____
Number     Street

_____

_____
City                                   State     ZIP Code

## Part 6:    List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

## Part 7:    List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**$30,000.00 which includes the filing fee.**

**Walker & Patterson, P.C.**
Person Who Was Paid

**P.O. Box 61301**                                                                      12-2-2018        $30,000.00
Number     Street

_____

**Houston**                **TX**    **77208**
City                    State    ZIP Code

_____
Email or website address

_____
Person Who Made the Payment, if Not You

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Michael Paul Enmon** _____    Case number (if known) _____

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Allen Samuels Dodge in Katy**<br>Person Who Received Transfer<br><br>Number      Street<br><br><br>City                    State    ZIP Code<br>Person's relationship to you **No relationship** | **Traded in a sprinter van (2010) and receeived a $20,000.00 credit toward the purchase of a Dodge Pro-master** | | **8-2015** |
| **John Deere**<br>Person Who Received Transfer<br><br>Number      Street<br><br><br>City                    State    ZIP Code<br>Person's relationship to you **No relationship** | **Traded in a 36 inch John Deere Walk-behind mower to John Deere and received a 52 inch John Deere walk behind mower.** | | **3-20-2016** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Michael Paul Enmon** _____   Case number (if known) _____

**21.  Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23.  Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes.  Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Grace Enmon  (debtor's elderly moth** <br> Owner's Name <br><br> **Resides with the Debtor** <br> Number    Street <br><br><br> City                    State   ZIP Code | <br><br><br> Number    Street <br><br><br> City                    State   ZIP Code | **Rifle $1,000.00** <br> **Handgun $100.00** | **$1,100.00** |
| **Grace Enmon (Debtor's mother)** <br> Owner's Name <br><br> **Resides with the debtor** <br> Number    Street <br><br><br> City                    State   ZIP Code | Where is the property? <br><br><br> Number    Street <br><br><br> City                    State   ZIP Code | Describe the property <br><br> **Debtor's mother lives in an apartment on the debtor's homestead.  Debtor's mother has misc pices of clothing, jewelry, clothing, coins, etc. that do NOT belong to to the debtor, but are located on the Debtor's property.  The value of the assets are unknown to the Debtor.** | Value |
| **Jose Santos Alcalla** <br> Owner's Name <br><br> Number    Street <br><br><br> City                    State   ZIP Code | Where is the property? <br><br><br> Number    Street <br><br><br> City                    State   ZIP Code | Describe the property <br><br> **Mr. Alcala works for and lives on the property and his personal belongings are located on the property.  The Debtor does not own or have any interest in Mr. Alcala's belongings.  The Debtor is unaware of the value of the debtor's assets.** | Value |

Debtor 1   **Michael Paul Enmon**                    Case number (if known) _____

| Where is the property? | Describe the property | Value |
|---|---|---|

**Kari Enmon**
Owner's Name

**Debtor's home**
Number    Street                     Number    Street

City              State  ZIP Code    City              State  ZIP Code

**Listed for disclosure purposes only: The Debtor's non-filing spouse has misc clothing, shoes, jewelry, and other misc items that are her seperate property, but are located in the debtor's home:**     $7,526.75

Shirts ~ 165 $330.00
Jackets and Coats ~ 35 $105.00
Sweaters ~ 47 $94.00
Dresses  ~6 $30.00
Caps/Hats ~ 29 $14.50
Fashion Scarfs ~ 21 $21.00
Boots - 13 $39.00
Rubber Boots -  4 $4.00
Tennis Shoes - 5 $5.00
Water Sandals ~ 3 $3.00
Crocks - 3 $0.75
Slippers - 2 $1.00
Flip Flops - 3 $1.50
Dress Shoes/Sandals  ~ 15 $15.00
Closed Flats - 6 $6.00
Belts  - 8 $4.00
Jeans/Pants - 12 $12.00
Shorts - 21 $20.00
Tights - 6 $3.00
Sports Bras ~ 20 $10.00
Sports Tops ~16 $16.00
Long John Bottoms - 1 $2.00
Pajama Sets - 5 $10.00
Sleep Shirts ~ 20 $10.00
Robes  - 4 $4.00
Winter Hats -7 $7.00
Ear Muffs $1.00
Winter Mittens/Gloves - 4 pair $4.00
Bras - 20 $10.00
Panties  ~ 32 $5.00
Socks ~ 39 pairs $3.00
Bathing Suits - 3 $3.00
Bathing Suit Cover - 2 $2.00
Panty Hose - 2 pairs $1.00
Boot Toppers - 3 $1.50
Winter Scarfs - 3 $3.00
Diamond Wedding Ring and Band Platinum $5,000.00
Tiffany Platinum Wedding

Silver Labrador Ring
$25.00

Debtor 1    **Michael Paul Enmon**                                          Case number (if known) _____

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes.  Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No.  None of the above applies.  Go to Part 12.
    ☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Kickapoo Ranch Pet Resort** <br> Business Name | **Describe the nature of the business** <br> **Pet resort and pet training** | **Employer Identification number** <br> Do not include Social Security number or ITIN. |
| **23230 Kickapoo Ranch Pet Resort** <br> Number        Street | | EIN: 2   7 – 2   5   6   0   4   5   1 |
| | **Name of accountant or bookkeeper** <br> **James Hruzek, CPA and Kari Enmon** | **Dates business existed** |
| **Waller**          **TX**    **77484** <br> City                   State    ZIP Code | | From ___2011___   To ___Present___ |

Debtor 1  **Michael Paul Enmon** _____   Case number (if known) _____

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes.  Fill in the details below.

|  | Date issued |
|---|---|
| **Allegiance Bank** | **06/01/2017** |
| Name |  |
| **2200 Nasa Road** |  |
| Number     Street |  |
| | |
| **Houston**               **TX**     **77058** |  |
| City                          State     ZIP Code |  |

|  | Date issued |
|---|---|
| **Pet Suites** | **06/01/2017** |
| Name |  |
| **620 Holly Lane** |  |
| Number     Street |  |
| | |
| **Erlanger**              **KY**     **41018** |  |
| City                          State     ZIP Code |  |

|  | Date issued |
|---|---|
| **Central Bank** | **06/01/2017** |
| Name |  |
| **4605 Post Oak Place, Suite 130** |  |
| Number     Street |  |
| | |
| **Houston**               **TX**     **77027** |  |
| City                          State     ZIP Code |  |

|  | Date issued |
|---|---|
| **Icon Bank** | **11/01/2017** |
| Name |  |
| **16744 Southwest Frwy.** |  |
| Number     Street |  |
| | |
| **Sugar Land**            **TX**     **77479** |  |
| City                          State     ZIP Code |  |

|  | Date issued |
|---|---|
| **Icon Bank** | **07/14/2017** |
| Name |  |
| **16744 Southwest Frwy.** |  |
| Number     Street |  |
| | |
| **Sugar Land**            **TX**     **77479** |  |
| City                          State     ZIP Code |  |

Debtor 1    **Michael Paul Enmon**                                              Case number (if known) _____

|  | **Date issued** |
|---|---|
| **Mutual of Omaha Bank** | _____ |
| Name | |
| **3333 Farnam Street** | |
| Number    Street | |
| | |
| **Omaha**           **NE**    **86131** | |
| City                State    ZIP Code | |

|  | **Date issued** |
|---|---|
| **Plains Bank** | **06/01/2017** |
| Name | |
| **2925 Richmond Ave., Suite 100** | |
| Number    Street | |
| | |
| **Houston**         **TX**    **77098** | |
| City                State    ZIP Code | |

|  | **Date issued** |
|---|---|
| **Pioneer Bank** | **06/01/2017** |
| Name | |
| **623 W. 38th Street** | |
| Number    Street | |
| | |
| **Austin**          **TX**    **78705** | |
| City                State    ZIP Code | |

|  | **Date issued** |
|---|---|
| **Post Oak Bank** | **06/01/2017** |
| Name | |
| **P.O. Box 22009** | |
| Number    Street | |
| | |
| **Houston**         **TX**    **77227** | |
| City                State    ZIP Code | |

|  | **Date issued** |
|---|---|
| **Woodforrest Bank** | **06/01/2017** |
| Name | |
| **PO Box 7889** | |
| Number    Street | |
| | |
| **The Woodlands**   **TX** | |
| City                State    ZIP Code | |

Debtor 1   **Michael Paul Enmon** _____   Case number (if known) _____

|  |  |
|---|---|
| | **Date issued** |
| **Green Bank** _____ | **06/01/2017** |
| Name | |

**5018 San Felipe** _____
Number      Street

**Suite D** _____

**Houston**                **TX**     **77056**
City                          State    ZIP Code

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Michael Paul Enmon** _____        **X** _____
    Michael Paul Enmon, Debtor 1                                           Signature of Debtor 2

    Date      **01/10/2018** _____                                 Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes.  Name of person _____        Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).