| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Paul** | **Enmon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **18-60001** | | |

☐ Check if this is an amended filing

Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1**
**Walter Parker**
Creditor's name
**c/o William A. Gage**
Number        Street
**Buck Keenan**

**Houston**        **TX**        **77019**
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Prospect Judgment - J&S l**    **$4,000,000.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
             Value of security    – _____
             Unsecured claim: _____

**2**
**Prospect Capital Management**
Creditor's name
**c/o William A. Gage**
Number        Street
**Buck Keenan**

**Houston**        **TX**        **77019**
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Prospect Judgment - J&S l**    **$4,000,000.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
             Value of security    – _____
             Unsecured claim: _____

Debtor 1  **Michael Paul Enmon**  Case number (if known) __18-60001__

**Unsecured claim**

**3** **Prospect Capital Corporation**
Creditor's name
**10 East 40th Street**
Number       Street

**New York**    **NY**    **10016**
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Prospect Judgment - J&S L**    **$4,000,000.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☒ No
☐ Yes.   Total claim (secured and unsecured): _____
         Value of security              – _____
         Unsecured claim:                 _____

**4** **M. Grier Eliasek**
Creditor's name
**c/o William Gage**
Number       Street
**2229 San Felipe, Suite 1000**

**Houston**    **TX**    **77019**
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Prospect Judgment - J&S L**    **$4,000,000.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☒ No
☐ Yes.   Total claim (secured and unsecured): _____
         Value of security              – _____
         Unsecured claim:                 _____

**5** **John F. Barry**
Creditor's name
**c/o William Gage**
Number       Street
**2229 San Felipe, Suite 1000**

**Houston**    **TX**    **77019**
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Prospect Judgment - J&S L**    **$4,000,000.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☒ No
☐ Yes.   Total claim (secured and unsecured): _____
         Value of security              – _____
         Unsecured claim:                 _____

**6** **David Bello**
Creditor's name
**Bell-man Construction**
Number       Street
**5628 Kansas Street**

**Houston**    **TX**    **77007**
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Initial construciton loan**    **$295,166.46**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☒ No
☐ Yes.   Total claim (secured and unsecured): _____
         Value of security              – _____
         Unsecured claim:                 _____

Debtor 1 **Michael Paul Enmon**    Case number (if known) **18-60001**

**Unsecured claim**

### 7 Prospect Capital Corporation
Creditor's name
**c/o William A. Gage**
Number    Street
**Buck Keenan**

**Houston**    **TX**    **77019**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Per Doc. 62 (contempt)**   **$120,354.11**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
            Value of security                    − _____
            Unsecured claim:                     _____

### 8 Wauson Probus
Creditor's name
**One Sugar Creek Center Blvd**
Number    Street
**Suite 880**

**Sugar Land**    **TX**    **77478**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?   _____   **$98,963.22**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.   Total claim (secured and unsecured): **$98,963.22**
            Value of security                    − **$0.00**
            Unsecured claim:                     **$98,963.22**

### 9 Chad Dufrene
Creditor's name
**917  Winona**
Number    Street

**Mandeville**    **LA**    **70471**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Loan**   **$47,375.40**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
            Value of security                    − _____
            Unsecured claim:                     _____

### 10 Brad Mitchell
Creditor's name
**7803 Elm Tree Court**
Number    Street

**Sugar Land**    **TX**    **77479**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Loan**   **$33,541.53**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
            Value of security                    − _____
            Unsecured claim:                     _____

Debtor 1  **Michael Paul Enmon**  Case number (if known) **18-60001**

|  |  |  | Unsecured claim |
|---|---|---|---|
| **11** | **EdFinancial Services**<br>Creditor's name<br>**Dept 88D055**<br>Number    Street<br><br>**Knoxville**    **TN**    **37995**<br>City          State    ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim?  **Student Loans**<br>As of the date you file, the claim is:  Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes.  Total claim (secured and unsecured): _____<br>             Value of security     — _____<br>             Unsecured claim: _____ | **$18,058.00** |
| **12** | **Chase Auto Finance**<br>Creditor's name<br>**PO Box 78068**<br>Number    Street<br><br>**Phoenix**    **AZ**    **85062**<br>City          State    ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim?<br>As of the date you file, the claim is:  Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property?<br>☐ No<br>☑ Yes.  Total claim (secured and unsecured): **$62,010.00**<br>             Value of security     — **$62,000.00**<br>             Unsecured claim: **$10.00** | **$10.00** |
| **13** | **Bart De Bie**<br>Creditor's name<br>**c/o William Gage**<br>Number    Street<br>**2229 San Felipe, Suite 1000**<br><br>**Houston**    **TX**    **77019**<br>City          State    ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim?  **Judgment - Prospect**<br>As of the date you file, the claim is:  Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes.  Total claim (secured and unsecured): _____<br>             Value of security     — _____<br>             Unsecured claim: _____ | **$0.00** |

### Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Michael Paul Enmon**                     X _____
Michael Paul Enmon, Debtor 1                     Signature of Debtor 2

Date  **01/10/2018**                              Date _____
     MM / DD / YYYY                                   MM / DD / YYYY

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 4