## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No:**18-30112-H2-11** | Name of Debtor: **Michael Enmon** |
| Adversary No: **N/A** | Style of Adversary: **N/A** |
| | |
| Witnesses: | |
| **Michael Enmon** | Judge: **Jones** |
| **Impeachment Witnesses** | |
| **Rebuttal Witnesses** | Hearing Date: **January 12, 2018** |
| | Hearing Time: **9:00am** |
| | Party's Name: **Michael Enmon** |
| | Attorney's Name: **Johnie Patterson** |
| | Attorney's Phone: **713.956.5577** |
| | Nature of Proceeding: **Cash Collateral; Pay Prepetition Debt; Cash Management** |
| | |
| | |

## **EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Notice For Hearings | | | | |
| 2. | Motion To Use Cash Collateral w/Budget | | | | |
| 3. | Motion For Authority To Pay Prepetition Debt | | | | |
| 4. | Motion For Authority To Continue Use Of Cash Management Systems | | | | |
| 5. | | | | | |
| | *Rebuttal/Impeachment Exhibits* | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |