UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 18-30112-H2-11 |
| MICHAEL PAUL ENMON | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | JUDGE DAVID R. JONES |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Allegiance Bank, creditor herein, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor or party-in-interest, also be sent to:

>Xochytl Diane Greer
>Ross, Banks, May, Cron & Cavin, P.C.
>7700 San Felipe, Suite 550
>Houston, Texas 77063
>(713) 626-1200; (713) 623-6014 fax
>xdgreer@rossbanks.com

Dated: January 12, 2018

>Respectfully submitted,
>
>*/s/* Xochytl Diane Greer
>_____
>Xochytl Diane Greer
>Ross, Banks, May, Cron & Cavin, P.C.
>SBN 24080916
>7700 San Felipe, Suite 550
>Houston, Texas 77063
>(713) 626-1200; (713) 623-6014 fax
>xdgreer@rossbanks.com
>COUNSEL FOR ALLEGIANCE BANK