UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL P. ENMON, | § | CASE NO. 18-30112 |
| | § | |
|    Debtor. | § | |
| | § | CHAPTER 11 |

**PROSPECT CAPITAL CORPORATION'S OBJECTION TO (i) APPLICATION TO EMPLOY STOUT RISIUS ROSS, LLC, (ii) APPLICATION TO EMPLOY GBH CPAs, PC AND (iii) APPLICATION TO EMPLOY RL FINANCIAL ADVISORY SERVICES**
(Relates to Docket Nos. 40, 41 and 49)

**To the Honorable David R. Jones,
Chief United States Bankruptcy Judge:**

Prospect Capital Corporation ("Prospect") respectfully submits this Objection to the Debtor's (i) Application to Employ Stout Risius Ross, LLC [Docket No. 49]; (ii) Application to Employ GBH CPAs, PC [Docket No. 40]; and (iii) Application to Employ RL Financial Advisory Services, LLC [Docket No. 41] (collectively, the "Applications").

**OBJECTION**

1. Prospect objects to the retention of the above-referenced professionals prior to this Court ruling on its pending Motion to Dismiss [Docket No. 45]. Prospect believes this case was filed in bad faith and, among other things, that the Debtor is improperly using a personal chapter 11 case to administer non-estate business assets. Even if the case is not dismissed, however, this estate should not be burdened by administrative claims incurred in connection with selling, valuing or examining non-estate property.

2. Prospect requests that the Court set a hearing and objection deadlines with respect to the Applications *after* the March 8, 2018 hearing on Prospect's Motion to Dismiss so they may be considered only if this case is not dismissed.

1

Accordingly, Prospect respectfully requests that this Court enter an order as set forth above and grant such other and further relief as is just.

**Dated: February 15, 2018.**

Respectfully submitted,

By: /s/ Joshua W. Wolfshohl

Joshua W. Wolfshohl
State Bar No. 24038592
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 228-1331 (fax)
*Counsel for Prospect Capital Corporation*