B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Michael Paul Enmon                ,          Case No.   18-30112
_____
                    *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   January 11 - 31, 2018                Date filed: _____

Line of Business:   Pet Boarding, Training, Grooming        NAISC Code:   812912

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Michael Paul Enmon
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 48,953.71

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month    (January 11, 2018) | $ | 29,707.04 |
| Cash on Hand at End of Month | $ | 33,756.38 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 33,756.38 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 44,904.57

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 48,953.71 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 44,904.57 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 4,049.14 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $     0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $     0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 12 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 12 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 60,740.89 | $ 48,953.71 | $ -11,787.18 |
| EXPENSES | $ 60,740.89 | $ 44,904.57 | $ 15,836.32 |
| CASH PROFIT | $ 0.00 | $ 4,049.14 | $ 4,049.14 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                          $     87,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                                       $     87,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                                   $          0.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

| CASE NAME: | Michael Paul Enmon |
|---|---|
| CASE NUMBER: | 18-30112 |

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2018 January | MONTH | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 29,707.24 | | | | | | $ 29,707.24 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 48,953.71 | | | | | | 48,953.71 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | $ 48,953.71 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 48,953.71 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | (4,748.14) | | | | | | (4,748.14) |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 16,904.88 | | | | | | 16,904.88 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 1,276.25 | | | | | | 1,276.25 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 2,859.69 | | | | | | 2,859.69 |
| 12. INSURANCE | 185.75 | | | | | | 185.75 |
| 13. INVENTORY PURCHASES | 403.76 | | | | | | 403.76 |
| 14. VEHICLE EXPENSES | 486.30 | | | | | | 486.30 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 13,302.16 | | | | | | 13,302.16 |
| 17. ADMINISTRATIVE & SELLING | 2,542.13 | | | | | | 2,542.13 |
| 18. OTHER (attach list)    (see note below) | 2,195.51 | | | | | | 2,195.51 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 40,156.43 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 40,156.43 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 40,156.43 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 40,156.43 |
| 22. NET CASH FLOW | 4,049.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,049.14 |
| 23. CASH - END OF MONTH (SMOR-2) | $ 33,756.38 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 33,756.38 |

* Applies to Individual debtors only

**SBMOR-Exhibit B-1**    **Numbers for the current month should balance (match)

RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

*Revised 01 31 2014*

$2195.51 - Blue Cross Blue Shield drafted the bank account twice for the insurance premium payment, the amount is also included in deposits in transit as Blue Cross is processing a credit to the bank account for the same amount in February

CASE NAME:  Michael Paul Enmon

CASE NUMBER:              18-30112

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
### MONTH OF January    2018

| | | | | | |
|---|---|---|---|---|---|
| BANK NAME | Mutual of Omaha | | | | |
| ACCOUNT NUMBER | # 9300054805 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BEGINNING BANK BALANCE | $ 37,371.62 | | | | $ 37,371.62 |
| RECEIPTS | 43,973.28 | | | | 43,973.28 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 48,351.36 | | | | 48,351.36 |
| ENDING BANK BALANCE | $ 32,993.54 | $ 0.00 | $ 0.00 | $ 0.00 | $ 32,993.54 |
| DEPOSITS IN TRANSIT | 4,980.43 | | | | 4,980.43 |
| OUTSTANDING CHECKS | 4,217.59 | | | | 4,217.59 |
| ADJUSTED BANK BALANCE | $ 33,756.38 | $ 0.00 | $ 0.00 | $ 0.00 | $ 33,756.38 |
| BEGINNING CASH - PER BOOKS* | $ 29,707.24 | | | | $ 29,707.24 |
| RECEIPTS* | 48,953.71 | | | | 48,953.71 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | (4,748.14) | | | | (4,748.14) |
| CHECKS/OTHER DISBURSEMENTS* | 40,156.43 | | | | 40,156.43 |
| ENDING CASH - PER BOOKS* | $ 33,756.38 | $ 0.00 | $ 0.00 | $ 0.00 | $ 33,756.38 |

**SBMOR-Exhibit B-2**        * Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS        *Revised 01 31 2014*
and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

**11:09 AM**

**02/07/18**

**Accrual Basis**

# Kickapoo Ranch Pet Resort
# Profit & Loss
### January 2018

|  | Jan 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **47900 · Sales** | |
| 47910 · Dog Boarding | 26,599.14 |
| 47915 · Leisure Activities | 17,549.00 |
| 47916 · Medication Fees | 645.75 |
| 47917 · Special Meals | 333.00 |
| 47918 · Special Care | 274.00 |
| 47919 · Medical for Reimbursement | 1,477.32 |
| 47925 · Day Camp | 311.00 |
| 47926 · Temp Tests | 100.00 |
| 47930 · Grooming, Groomer | 7,577.00 |
| 47942 · Training, Board & Train | 8,500.00 |
| 47946 · Bark & Ride, Nontaxable | 4,464.50 |
| 47947 · Service Charge | 46.82 |
| 47950 · Retail | 3,099.00 |
| 47900 · Sales - Other | 0.00 |
| **Total 47900 · Sales** | 70,976.53 |
| **Total Income** | 70,976.53 |
| **Expense** | |
| 50000 · Inventory Expensed | 2,323.63 |
| **60000 · Advertising and Promotion** | |
| 60020 · Internet Advertising | 273.62 |
| 60050 · Promotional Items | 319.05 |
| **Total 60000 · Advertising and Promotion** | 592.67 |
| 60100 · Depreciation Expense | 6,775.70 |
| **60200 · Automobile Expense** | |
| 60210 · Fuel | 561.24 |
| 60240 · Toll Road Fees | 160.00 |
| **Total 60200 · Automobile Expense** | 721.24 |
| **60300 · IT & Phone Expense** | |
| 60380 · IT & Phone Expense, Consulting | 433.69 |
| **Total 60300 · IT & Phone Expense** | 433.69 |
| 60400 · Bank Service Charges | 195.65 |
| 60500 · Credit Card Fees | 2,601.73 |
| 63300 · Insurance Expense | 2,151.30 |
| 64400 · Cleaning & Maint Supp & Tools | 1,038.76 |
| 64450 · Office Supplies | 4.99 |
| 64500 · Postage & Shipping | 21.78 |
| 64800 · Parking & Taxi | 60.00 |
| **65000 · Boarding Supplies & Expenses** | |
| 65100 · Dog Boarding | 2,449.60 |
| **Total 65000 · Boarding Supplies & Expenses** | 2,449.60 |
| 65300 · Decorative, Holiday & Other | 14.05 |
| 65500 · Grooming Supplies | 296.57 |
| 65700 · Dog Training Fees, External | 3,020.80 |
| 65800 · Pet Medical Expenses | 2,377.26 |
| 65950 · Guaranteed Payments to Partners | 3,000.00 |
| **66000 · Payroll  Expenses** | |
| 66100 · Gross Salary Expense | 16,931.50 |
| **Total 66000 · Payroll  Expenses** | 16,931.50 |
| **66550 · Contract Labor** | |
| 66500 · Contract Labor - Other | 3,820.00 |
| 66501 · Contract Labor - Grooming | 2,291.80 |
| **Total 66550 · Contract Labor** | 6,111.80 |
| **66700 · Professional Fees** | |
| 66730 · Other Consulting Fees | 10,000.00 |
| **Total 66700 · Professional Fees** | 10,000.00 |

11:09 AM

02/07/18

Accrual Basis

# Kickapoo Ranch Pet Resort
## Profit & Loss
### January 2018

|  | Jan 18 |
|---|---|
| 67100 · Rent Expense | 15,388.97 |
| 67200 · Repairs and Maintenance | 12,957.59 |
| 67300 · Landscaping & Supplies | 1,076.80 |
| 68100 · Phone & Data Service Expense | 2,214.15 |
| 68300 · Satellite TV & Radio Expense | 526.67 |
| 68500 · Waste Removal | 280.33 |
| 68600 · Utilities |  |
| 68610 · Electricity | 1,714.56 |
| 68620 · Propane | 287.12 |
| 68630 · Septic | 70.00 |
| **Total 68600 · Utilities** | 2,071.68 |
| 68700 · Sales & Use Tax | 117.93 |
| 68800 · Property Tax | 123.27 |
| 68900 · School District Taxes | 215.00 |
| **Total Expense** | 96,095.11 |
| **Net Ordinary Income** | -25,118.58 |
| Other Income/Expense |  |
| Other Expense |  |
| 80000 · Interest Expense |  |
| 80200 · Cash Payments, Interest | 250.00 |
| **Total 80000 · Interest Expense** | 250.00 |
| **Total Other Expense** | 250.00 |
| **Net Other Income** | -250.00 |
| **Net Income** | **-25,368.58** |

11:09 AM

02/07/18

Accrual Basis

# Kickapoo Ranch Pet Resort
## Balance Sheet
### As of January 31, 2018

|  | Jan 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 12000 · Operating Cash, Mutual | 28,775.95 |
| 12060 · Deposits in Transit | 4,980.43 |
| **Total Checking/Savings** | 33,756.38 |
| **Other Current Assets** | |
| 12100 · Accrued Revenue | 9,235.00 |
| 14500 · Diesel in Tank | 632.00 |
| **Total Other Current Assets** | 9,867.00 |
| **Total Current Assets** | 43,623.38 |
| **Fixed Assets** | |
| 15000 · Furniture & Equipment | |
| 15050 · Accum Depr, Furn & Equp | -100,230.99 |
| 15000 · Furniture & Equipment - Other | 148,867.63 |
| **Total 15000 · Furniture & Equipment** | 48,636.64 |
| 15800 · Vehicles | |
| 15850 · Accum Depr, Vehicles | -155,582.62 |
| 15800 · Vehicles - Other | 227,817.58 |
| **Total 15800 · Vehicles** | 72,234.96 |
| 15900 · Dog Transport Crates | |
| 15950 · Accum Depr, Dog Transport Crate | -5,561.83 |
| 15900 · Dog Transport Crates - Other | 5,561.83 |
| **Total 15900 · Dog Transport Crates** | 0.00 |
| **Total Fixed Assets** | 120,871.60 |
| **Other Assets** | |
| 18600 · Note Receivable from ETrust | 334,883.01 |
| 18900 · Receivable/Payable Enmon Trust | 117,626.06 |
| **Total Other Assets** | 452,509.07 |
| **TOTAL ASSETS** | **617,004.05** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 24600 · Accrued Expenses | 2,500.00 |
| 25000 · Customer Deposits | 21,383.35 |
| 25500 · Sales & Use Tax Payable | 881.96 |
| 25555 · Property Taxes Payable | 325.00 |
| 26000 · Current Portion Notes Payable | |
| 26601 · Current Portion - Van 2015 | 8,551.55 |
| 26704 · Current Portion JD Tractor | 3,858.24 |
| 26888 · Current Portion, SUV | 16,800.00 |
| **Total 26000 · Current Portion Notes Payable** | 29,209.79 |
| **Total Other Current Liabilities** | 54,300.10 |
| **Total Current Liabilities** | 54,300.10 |
| **Long Term Liabilities** | |
| 27705 · Notes Payable - JD Tractor | 8,875.66 |
| 27881 · Notes Payable - Barn | 334,883.01 |
| 27888 · Notes Payable - SUV | 43,982.23 |
| **Total Long Term Liabilities** | 387,740.90 |
| **Total Liabilities** | 442,041.00 |

**11:09 AM**

**02/07/18**

**Accrual Basis**

**Kickapoo Ranch Pet Resort**

**Balance Sheet**

**As of January 31, 2018**

|  | Jan 31, 18 |
|---|---|
| **Equity** | |
| **30600 · Equity Invested, Mike & Kari E** | 527,459.10 |
| **30650 · Equity Invested, Enmon Trust** | 1,000.00 |
| **30700 · Equity Draw** | -601,529.37 |
| **32000 · Equity (Loss)** | 273,401.90 |
| **Net Income** | -25,368.58 |
| **Total Equity** | 174,963.05 |
| **TOTAL LIABILITIES & EQUITY** | 617,004.05 |

**11:10 AM**

**02/07/18**

**Accrual Basis**

# Enmon Irrevocable Family Trust
## Profit & Loss
### January 2018

|  | Jan 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 50000 · Rental Income | 15,388.97 |
| **Total Income** | 15,388.97 |
| **Expense** | |
| 60100 · Depreciation Expense | 11,790.00 |
| 68800 · Property Taxes - Harris Co | 780.00 |
| 68900 · School District Taxes - Waller | 1,530.00 |
| **Total Expense** | 14,100.00 |
| **Net Ordinary Income** | 1,288.97 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 80000 · Interest Expense | |
| 80200 · Cash Payments, Interest | 1,000.00 |
| 80300 · Loan Fees, Amortized or Expense | 1,569.31 |
| **Total 80000 · Interest Expense** | 2,569.31 |
| **Total Other Expense** | 2,569.31 |
| **Net Other Income** | -2,569.31 |
| **Net Income** | **-1,280.34** |

# Enmon Irrevocable Family Trust
## Balance Sheet
### As of January 31, 2018

|  | Jan 31, 18 |
|---|---|
| **ASSETS** | |
|   **Fixed Assets** | |
|     **15000 · Furniture and Equipment** | |
|       15050 · Accum Depr, Furn & Equip | -192,411.57 |
|       15000 · Furniture and Equipment - Other | 192,411.57 |
|     **Total 15000 · Furniture and Equipment** | 0.00 |
|     **15500 · IT Equipment, Hardware** | |
|       15550 · Accum Depr, IT Equip Hardware | -48,589.68 |
|       15500 · IT Equipment, Hardware - Other | 48,589.68 |
|     **Total 15500 · IT Equipment, Hardware** | 0.00 |
|     **15600 · Building** | |
|       15650 · Accum Depr, Building | -749,882.00 |
|       15600 · Building - Other | 2,170,010.61 |
|     **Total 15600 · Building** | 1,420,128.61 |
|     **15601 · Building Improvements - 2018** | |
|       15651 · Acc Depr - Bldg Impv 2018 | -483.00 |
|       15601 · Building Improvements - 2018 - Other | 40,655.00 |
|     **Total 15601 · Building Improvements - 2018** | 40,172.00 |
|     **15670 · Barn** | |
|       15675 · Accumulated Depr, Barn | -21,300.00 |
|       15670 · Barn - Other | 383,498.03 |
|     **Total 15670 · Barn** | 362,198.03 |
|     **15700 · Land** | 477,852.86 |
|     **15701 · Land Improvements** | |
|       15702 · Accum Depreciation - Land Imprv | -4,080.00 |
|       15701 · Land Improvements - Other | 32,730.00 |
|     **Total 15701 · Land Improvements** | 28,650.00 |
|   **Total Fixed Assets** | 2,329,001.50 |
|   **Other Assets** | |
|     18500 · Loan Fees Capitalized | 7,061.85 |
|     19000 · Investment in Kickapoo | 1,000.00 |
|   **Total Other Assets** | 8,061.85 |
| **TOTAL ASSETS** | **2,337,063.35** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         25700 · Property Taxes Payable | 2,310.00 |
|         26000 · Current Portion Notes Payable | 46,336.31 |
|       **Total Other Current Liabilities** | 48,646.31 |
|     **Total Current Liabilities** | 48,646.31 |
|     **Long Term Liabilities** | |
|       27000 · Notes Payable, Mutual | 1,528,718.15 |
|       27400 · Notes Payable - Kickapoo (Barn) | 334,883.01 |
|       27500 · Notes Payable, Enmon | 350,000.00 |
|       27700 · Accrued Interest, LT | 128,171.22 |
|       29000 · Payable/Receivable Kickapoo | 117,626.06 |
|     **Total Long Term Liabilities** | 2,459,398.44 |
|   **Total Liabilities** | 2,508,044.75 |

**11:11 AM**

**02/07/18**

**Accrual Basis**

**Enmon Irrevocable Family Trust**

**Balance Sheet**

**As of January 31, 2018**

|  | Jan 31, 18 |
|---|---:|
| **Equity** |  |
| 30600 · Equity Invested | 400,000.00 |
| 32000 · Equity (Loss) | -569,701.06 |
| Net Income | -1,280.34 |
| **Total Equity** | -170,981.40 |
| **TOTAL LIABILITIES & EQUITY** | **2,337,063.35** |

| Date | Code | Description | | Amount | | Ref | |
|---|---|---|---|---|---|---|---|
| 01/11/2018 - 01/31/2018 | 40 | Opening Available | $ | 37,371.62 | | | |
| 01/11/2018 - 01/31/2018 | 100 | Total Credits | $ | 43,973.28 | 21 | | |
| 01/11/2018 - 01/31/2018 | 400 | Total Debits | $ | 48,351.36 | 67 | | |
| 01/11/2018 - 01/31/2018 | 15 | Closing Ledger | $ | 32,993.54 | | | |
| 01/11/2018 - 01/31/2018 | 72 | 1-Day Float | $ | - | | | |
| 01/11/2018 - 01/31/2018 | 74 | 2 or More Days Float | $ | - | | | |
| 01/11/2018 - 01/31/2018 | 45 | Closing Available | $ | 32,993.54 | | | |
| 01/11/2018 - 01/31/2018 | 50 | Avg Closing Available MTD | $ | 46,824.61 | | | |
| 01/11/2018 - 01/31/2018 | 55 | Avg Closing Available YTD | $ | 46,824.61 | | | |
| 01/11/2018 - 01/31/2018 | 105 | Credits Not Detailed | $ | 43,973.28 | 21 | | |
| 01/11/2018 - 01/31/2018 | 470 | Total Checks Paid | $ | 28,460.48 | 40 | | |
| 01/11/2018 - 01/31/2018 | 403 | Today Total Debits | $ | 48,351.36 | 67 | | |
| 1/11/2018 | 142 | ACH Deposit | $ | 3,937.65 | | | RANCH PET RES 6280########### |
| 1/11/2018 | 475 | Check | $ | (907.52) | | 12748 | Check |
| 1/12/2018 | 142 | ACH Deposit | $ | 1,328.06 | | | RANCH PET RES 6280########### |
| 1/12/2018 | 475 | Check | $ | (70.00) | | 5945 | Check |
| 1/12/2018 | 627 | Account Service Charge | $ | (195.65) | | | Service Charge |
| 1/12/2018 | 475 | Check | $ | (850.00) | | 12752 | Check |
| 1/12/2018 | 475 | Check | $ | (967.32) | | 5966 | Check |
| 1/12/2018 | 475 | Check | $ | (1,013.64) | | 12745 | Check |
| 1/16/2018 | 175 | Remote Deposit | $ | 49.72 | | | Image Deposit |
| 1/16/2018 | 142 | ACH Deposit | $ | 501.73 | | | RANCH PET RES 6280########### |
| 1/16/2018 | 142 | ACH Deposit | $ | 743.61 | | | RANCH PET RES 6280########### |
| 1/16/2018 | 142 | ACH Deposit | $ | 5,088.71 | | | RANCH PET RES 6280########### |
| 1/16/2018 | 142 | ACH Deposit | $ | 5,961.78 | | | RANCH PET RES 6280########### |
| 1/16/2018 | 475 | Check | $ | (250.00) | | 12755 | Check |
| 1/16/2018 | 475 | Check | $ | (493.08) | | 12738 | Check |
| 1/16/2018 | 475 | Check | $ | (538.60) | | 12751 | Check |
| 1/16/2018 | 475 | Check | $ | (1,208.30) | | 12750 | Check |
| 1/17/2018 | 451 | ACH Withdrawal | $ | (40.00) | | | HCTRA EFT      EZTAGSTPPDKARI ENMON 80035215 |
| 1/17/2018 | 624 | ACH Converted Check | $ | (280.33) | | | ItemREPUBLICSERVKICKAPOO KENNELS, LLC/ |
| 1/17/2018 | 602 | Check or Withdrawal | $ | (496.50) | | 12768 | Misc Debit |
| 1/17/2018 | 493 | Outgoing Wire | $ | (6,776.87) | | | Wire TransferOUTGOING WIRE 361867 |
| 1/18/2018 | 142 | ACH Deposit | $ | 394.00 | | | RANCH PET RES 6280########### |
| 1/18/2018 | 475 | Check | $ | (20.94) | | 12754 | Check |
| 1/18/2018 | 624 | ACH Converted Check | $ | (43.82) | | | MARKEenmon kari 0910########### |
| 1/19/2018 | 142 | ACH Deposit | $ | 277.00 | | | RANCH PET RES 6280########### |
| 1/19/2018 | 624 | ACH Converted Check | $ | (11.95) | | | MARKEenmon kari 0910########### |
| 1/19/2018 | 624 | ACH Converted Check | $ | (53.24) | | | ACH Converted ItemAMAZONenmon kari 0910########### |
| 1/19/2018 | 475 | Check | $ | (125.18) | | 12769 | Check |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | BELENMON,KARI/ |
| 1/19/2018 | 624 | ACH Converted Check | $ | (198.51) | | CKFXXXXX5975POS/ |
| | | | | | | BLUEENMON,KARI/ |
| 1/19/2018 | 624 | ACH Converted Check | $ | (268.20) | | CKFXXXXX5975POS/ |
| 1/19/2018 | 475 | Check | $ | (337.09) | 12771 | Check |
| 1/19/2018 | 475 | Check | $ | (720.00) | 12753 | Check |
| 1/19/2018 | 475 | Check | $ | (780.00) | 12763 | Check |
| | | | | | | WEBFILE TAX PYMT DD33311 |
| 1/19/2018 | 451 | ACH Withdrawal | $ | (1,262.98) | | 902 |
| | | | | | | RANCH PET RES |
| 1/22/2018 | 142 | ACH Deposit | $ | 214.00 | | 6280########### |
| | | | | | | RANCH PET RES |
| 1/22/2018 | 142 | ACH Deposit | $ | 258.00 | | 6280########### |
| | | | | | | RANCH PET RES |
| 1/22/2018 | 142 | ACH Deposit | $ | 447.00 | | 6280########### |
| | | | | | | KARI |
| 1/22/2018 | 624 | ACH Converted Check | $ | (62.30) | | 1536 |
| 1/22/2018 | 475 | Check | $ | (96.11) | 12770 | Check |
| 1/22/2018 | 475 | Check | $ | (232.20) | 12761 | Check |
| 1/22/2018 | 475 | Check | $ | (277.05) | 12772 | Check |
| | | | | | | RANCH PET RES |
| 1/23/2018 | 142 | ACH Deposit | $ | 190.67 | | 6280########### |
| | | | | | | PMT8795636422ENMONKARI |
| 1/23/2018 | 451 | ACH Withdrawal | $ | (9.98) | | 8022########### |
| | | | | | | HCTRA EFT      EZTAGSTPPDKARI ENMON |
| 1/23/2018 | 451 | ACH Withdrawal | $ | (40.00) | | 80415834 |
| 1/23/2018 | 475 | Check | $ | (45.00) | 12775 | Check |
| | | | | | | ENMON |
| 1/23/2018 | 624 | ACH Converted Check | $ | (47.44) | | 1325########### |
| 1/23/2018 | 475 | Check | $ | (91.90) | 12773 | Check |
| | | | | | | ACH Converted ItemAMAZONenmon kari |
| 1/23/2018 | 624 | ACH Converted Check | $ | (178.00) | | 0910########### |
| 1/23/2018 | 475 | Check | $ | (934.50) | 12757 | Check |
| 1/23/2018 | 475 | Check | $ | (1,300.00) | 12774 | Check |
| 1/23/2018 | 475 | Check | $ | (1,389.00) | 12747 | Check |
| | | | | | | RANCH PET RES |
| 1/24/2018 | 142 | ACH Deposit | $ | 12,411.40 | | 6280########### |
| 1/24/2018 | 475 | Check | $ | (142.07) | 12781 | Check |
| 1/24/2018 | 475 | Check | $ | (197.40) | 12778 | Check |
| 1/24/2018 | 475 | Check | $ | (250.00) | 12756 | Check |
| | | | | | | GRENMON,KARI/ |
| 1/24/2018 | 624 | ACH Converted Check | $ | (433.69) | | CKFXXXXX5975POS/ |
| 1/24/2018 | 475 | Check | $ | (1,229.43) | 12765 | Check |
| | | | | | | RANCH PET RES |
| 1/25/2018 | 142 | ACH Deposit | $ | 847.00 | | 6280########### |
| 1/25/2018 | 475 | Check | $ | (18.92) | 5979 | Check |
| 1/25/2018 | 475 | Check | $ | (28.10) | 12777 | Check |
| 1/25/2018 | 475 | Check | $ | (1,171.81) | 12767 | Check |
| | | | | | | RANCH PET RES |
| 1/26/2018 | 142 | ACH Deposit | $ | 548.16 | | 6280########### |

| Date | | | | Amount | | | |
|------|--|--|--|--------|--|--|--|
| 1/26/2018 | 475 | Check | $ | (56.13) | | 12779 | Check |
| 1/26/2018 | 475 | Check | $ | (359.80) | | 12786 | Check |
| 1/26/2018 | 475 | Check | $ | (536.34) | | 12790 | Check |
| 1/26/2018 | 475 | Check | $ | (712.47) | | 12789 | Check |
| 1/26/2018 | 475 | Check | $ | (800.00) | | 12785 | Check |
| 1/26/2018 | 624 | ACH Converted Check | $ | (2,195.51) | | | ENMON 5641######## |
| 1/26/2018 | 624 | ACH Converted Check | $ | (2,195.51) | | | ENMON 6381######## |
| 1/26/2018 | 475 | Check | $ | (3,546.27) | | 12787 | Check |
| 1/29/2018 | 142 | ACH Deposit | $ | 553.63 | | | RANCH PET RES 6280########### |
| 1/29/2018 | 175 | Remote Deposit | $ | 750.00 | | | Image Deposit |
| 1/29/2018 | 142 | ACH Deposit | $ | 1,698.45 | | | RANCH PET RES 6280########### |
| 1/29/2018 | 624 | ACH Converted Check | $ | (13.27) | | | Enmon 1788###### 2117 |
| 1/29/2018 | 624 | ACH Converted Check | $ | (71.30) | | | ENMON 1225########### |
| 1/29/2018 | 451 | ACH Withdrawal | $ | (185.75) | | | MASSMUTUALKICKAPOO KENNELS LLC 0681143A 180129 |
| 1/30/2018 | 142 | ACH Deposit | $ | 4,562.15 | | | RANCH PET RES 6280########### |
| 1/30/2018 | 475 | Check | $ | (17.96) | | 12788 | Check |
| 1/30/2018 | 451 | ACH Withdrawal | $ | (147.50) | | | RANCH/ 7082###### SPA/ |
| 1/30/2018 | 451 | ACH Withdrawal | $ | (912.46) | | | PMT8795636422ENMONKARI 8029########### |
| 1/30/2018 | 475 | Check | $ | (6,100.00) | | 12784 | Check |
| 1/31/2018 | 142 | ACH Deposit | $ | 3,210.56 | | | RANCH PET RES 6280########### |
| 1/31/2018 | 624 | ACH Converted Check | $ | (130.90) | | | KARI 1536 |
| 1/31/2018 | 475 | Check | $ | (179.00) | | 12782 | Check |
| 1/31/2018 | 475 | Check | $ | (221.35) | | 12796 | Check |
| 1/31/2018 | 475 | Check | $ | (246.00) | | 12798 | Check |
| 1/31/2018 | 624 | ACH Converted Check | $ | (1,100.92) | | | LAKEENMON,KARI/ CKFXXXXX5975POS/ |
| 1/31/2018 | 493 | Outgoing Wire | $ | (2,538.30) | | | Wire TransferOUTGOING WIRE 363129 |
| 01/11/2018 - 01/31/2018 | Totals | Total Credits | $ | 43,973.28 | 21 | | |
| 01/11/2018 - 01/31/2018 | Totals | Total Debits | $ | 48,351.36 | 67 | | |

| Date | | | | Amount | Description |
|------|---|---|---|--------|-------------|
| 1/16/2018 | 175 | Remote Deposit | $ | 49.72 | Image Deposit |
| 1/23/2018 | 142 | ACH Deposit | $ | 190.67 | RANCH PET RES 6280########## |
| 1/22/2018 | 142 | ACH Deposit | $ | 214.00 | RANCH PET RES 6280########## |
| 1/22/2018 | 142 | ACH Deposit | $ | 258.00 | RANCH PET RES 6280########## |
| 1/19/2018 | 142 | ACH Deposit | $ | 277.00 | RANCH PET RES 6280########## |
| 1/18/2018 | 142 | ACH Deposit | $ | 394.00 | RANCH PET RES 6280########## |
| 1/22/2018 | 142 | ACH Deposit | $ | 447.00 | RANCH PET RES 6280########## |
| 1/16/2018 | 142 | ACH Deposit | $ | 501.73 | RANCH PET RES 6280########## |
| 1/26/2018 | 142 | ACH Deposit | $ | 548.16 | RANCH PET RES 6280########## |
| 1/29/2018 | 142 | ACH Deposit | $ | 553.63 | RANCH PET RES 6280########## |
| 1/16/2018 | 142 | ACH Deposit | $ | 743.61 | RANCH PET RES 6280########## |
| 1/29/2018 | 175 | Remote Deposit | $ | 750.00 | Image Deposit |
| 1/25/2018 | 142 | ACH Deposit | $ | 847.00 | RANCH PET RES 6280########## |
| 1/12/2018 | 142 | ACH Deposit | $ | 1,328.06 | RANCH PET RES 6280########## |
| 1/29/2018 | 142 | ACH Deposit | $ | 1,698.45 | RANCH PET RES 6280########## |
| 1/31/2018 | 142 | ACH Deposit | $ | 3,210.56 | RANCH PET RES 6280########## |
| 1/11/2018 | 142 | ACH Deposit | $ | 3,937.65 | RANCH PET RES 6280########## |
| 1/30/2018 | 142 | ACH Deposit | $ | 4,562.15 | RANCH PET RES 6280########## |
| 1/16/2018 | 142 | ACH Deposit | $ | 5,088.71 | RANCH PET RES 6280########## |
| 1/16/2018 | 142 | ACH Deposit | $ | 5,961.78 | RANCH PET RES 6280########## |
| 1/24/2018 | 142 | ACH Deposit | $ | 12,411.40 | RANCH PET RES 6280########## |
| 01/11/2018 - 01/31/2018 | Totals | Total Credits | $ | 43,973.28 | |

| Deposits in Transit | | | | | |
|---------------------|-----------|---|----------|---|----------------------------|
| | 1/31/2008 | $ | 1,336.31 | | Bankcard |
| | 1/30/2018 | $ | 1,448.61 | | Bankcard |
| | 2/10/2018 | $ | 2,195.51 | | BlueCross BlueShield Refund |
| | | $ | 48,953.71 | | |

| Date | Type | | Amount | Payee | Memo | Ref | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/2018 | 493 Outgoing Wire | $ | (6,776.87) | Emergent USA | payroll | Wire TransferOUTGOING WIRE 361867 | | | |
| 1/30/2018 | 475 Check | $ | (6,100.00) | Juan Cantos | painting | 12784 Check | | | |
| 1/26/2018 | 475 Check | $ | (3,546.27) | JCG Enterprises | sanitizer repair | 12787 Check | | | |
| 1/31/2018 | 493 Outgoing Wire | $ | (2,538.30) | Emergent USA | payroll | Wire TransferOUTGOING WIRE 363129 | | | |
| 1/26/2018 | 624 ACH Converted Check | $ | (2,195.51) | BCBSTX | insurance premium | ACH Converted ItemBCBS HEALTHMICHAEL ENMON | | | |
| 1/26/2018 | 624 ACH Converted Check | $ | (2,195.51) | BCBSTX | insurance premium | ACH Converted ItemBCBS HEALTHMICHAEL ENMON | | | |
| 1/23/2018 | 475 Check | $ | (1,389.00) | Michael Espinoza | payroll | 12747 Check | | | |
| 1/23/2018 | 475 Check | $ | (1,300.00) | Ron Heintz | plumbing repair | 12774 Check | | | |
| 1/19/2018 | 451 ACH Withdrawal | $ | (1,262.98) | TX Comptroller | sales taxes | WEBFILE TAX PYMT DD33311 902 | | | |
| 1/24/2018 | 475 Check | $ | (1,229.43) | Lupe Espinoza Vizcaino | payroll | 12765 Check | | | |
| 1/16/2018 | 475 Check | $ | (1,208.30) | Samantha Sessums | grooming commission | 12750 Check | | | |
| 1/25/2018 | 475 Check | $ | (1,171.81) | Lupe Gomez | payroll | 12767 Check | | | |
| 1/31/2018 | 624 ACH Converted Check | $ | (1,100.92) | Golden Lake | supplies | ACH Converted ItemGOLDEN LAKEENMON,KARI/ | | | |
| 1/12/2018 | 475 Check | $ | (1,013.64) | Jose Delacruz | payroll | 12745 Check | | | |
| 1/12/2018 | 475 Check | $ | (967.32) | Dogtra | inventory - ecollars | 5966 Check | | | |
| 1/23/2018 | 475 Check | $ | (934.50) | Samantha Sessums | grooming commission | 12757 Check | Sirius | $ 231.67 | satellite radio |
| 1/30/2018 | 451 ACH Withdrawal | $ | (912.46) | Capital One | supplies, fuel, utilities | CAPITAL ONE   MOBILE PMT8795636422ENMONKARI | smug mug | $ 23.99 | advertising |
| 1/11/2018 | 475 Check | $ | (907.52) | JCG Enterprises | sanitizer repair | 12748 Check | 1099s | $ 4.99 | office |
| 1/12/2018 | 475 Check | $ | (850.00) | J Santos Alcala | labor | 12752 Check | ace | $ 11.18 | supplies |
| 1/26/2018 | 475 Check | $ | (800.00) | J Santos Alcala | labor | 12785 Check | paw gourmet | $ 105.74 | boarding exp |
| 1/19/2018 | 475 Check | $ | (780.00) | J Santos Alcala | labor | 12763 Check | fuel - equip | $ 43.34 | landscaping |
| 1/19/2018 | 475 Check | $ | (720.00) | Wauson Probus | legal fees | 12753 Check | fuel | $ 44.31 | auto |
| 1/26/2018 | 475 Check | $ | (712.47) | Jose Delacruz | payroll | 12789 Check | fuel | $ 63.19 | auto |
| 1/16/2018 | 475 Check | $ | (538.60) | Kuranda Beds | inventory - beds | 12751 Check | brittmoore | $ 36.00 | pet med |
| 1/26/2018 | 475 Check | $ | (536.34) | HEB | Enmon groceries | 12790 Check | wholesome hide | $ 348.05 | boarding exp |
| 1/17/2018 | 602 Check or Withdrawal | $ | (496.50) | Mutual of Omaha | payroll, fuel, supplies | 12768 Misc Debit | | $ 912.46 | |
| 1/16/2018 | 475 Check | $ | (493.08) | HEB | Enmon groceries | 12738 Check | | | |
| 1/24/2018 | 624 ACH Converted Check | $ | (433.69) | Broadleaf | IT expense | ACH Converted ItemBROADLEAF GRENMON,KARI/ | | | |
| 1/26/2018 | 475 Check | $ | (359.80) | Brittmoore Animal H | pet medical expense | 12786 Check | | | |
| 1/19/2018 | 475 Check | $ | (337.09) | HEB | Enmon groceries | 12771 Check | | | |

| Date | | Type | | Amount | Payee | Memo | | Description |
|---|---|---|---|---|---|---|---|---|
| 1/17/2018 | 624 | ACH Converted Check | $ | (280.33) | Republic Services | waste pick up | | ACH Converted ItemREPUBLICSERVKICKAPOO |
| 1/22/2018 | 475 | Check | $ | (277.05) | Ace Hardware | supplies | 12772 | Check |
| 1/19/2018 | 624 | ACH Converted Check | $ | (268.20) | Greens Blue Flame | propane | | ACH Converted ItemGREENS BLUEENMON,KARI/ |
| 1/16/2018 | 475 | Check | $ | (250.00) | Brent Walls | pet boarding | 12755 | Check |
| 1/24/2018 | 475 | Check | $ | (250.00) | Brent Walls | pet boarding | 12756 | Check |
| 1/31/2018 | 475 | Check | $ | (246.00) | Summer Sprinkler | repairs | 12798 | Check |
| 1/22/2018 | 475 | Check | $ | (232.20) | Ace Hardware | supplies | 12761 | Check |
| 1/31/2018 | 475 | Check | $ | (221.35) | Brittmoore Animal H | pet medical expense | 12796 | Check |
| 1/19/2018 | 624 | ACH Converted Check | $ | (198.51) | AT&T | fax line | | ACH Converted ItemAT&T (SW BELENMON,KARI/ |
| 1/24/2018 | 475 | Check | $ | (197.40) | Brittmoore Animal H | pet medical expense | 12778 | Check |
| 1/12/2018 | 627 | Account Service Charge | $ | (195.65) | Mutual of Omaha | service charge | | Service Charge |
| 1/29/2018 | 451 | ACH Withdrawal | $ | (185.75) | Mass Mutual | life insurance | | MASSMUTUAL LIFE MASSMUTUALKICKAPOO |
| 1/31/2018 | 475 | Check | $ | (179.00) | Premier | Enmon dues | 12782 | Check |
| 1/23/2018 | 624 | ACH Converted Check | $ | (178.00) | Amazon | Enmon supplies | | ACH Converted ItemAMAZONenmon kari |
| 1/30/2018 | 451 | ACH Withdrawal | $ | (147.50) | Dish | Satellite TV | | DISH NETWORK    DISH NTWRK.,KICKAPOO RANCH/ |
| 1/24/2018 | 475 | Check | $ | (142.07) | HEB | Enmon groceries | 12781 | Check |
| 1/31/2018 | 624 | ACH Converted Check | $ | (130.90) | Discover | Enmon prescriptions | | ACH Converted ItemDISCOVERENMON KARI |
| 1/19/2018 | 475 | Check | $ | (125.18) | HEB | Enmon groceries | 12769 | Check |
| 1/22/2018 | 475 | Check | $ | (96.11) | Ace Hardware | supplies | 12770 | Check |
| 1/23/2018 | 475 | Check | $ | (91.90) | Lowes | supplies | 12773 | Check |
| 1/29/2018 | 624 | ACH Converted Check | $ | (71.30) | Citi Bank | parking and fuel | | ACH Converted ItemCITI CARD ONKARI ENMON |
| 1/12/2018 | 475 | Check | $ | (70.00) | Burchfield | septic | 5945 | Check |
| 1/22/2018 | 624 | ACH Converted Check | $ | (62.30) | Discover | fuel | | ACH Converted ItemDISCOVERENMON KARI |
| 1/26/2018 | 475 | Check | $ | (56.13) | Ace Hardware | supplies | 12779 | Check |
| 1/19/2018 | 624 | ACH Converted Check | $ | (53.24) | Amazon | Enmon supplies | | ACH Converted ItemAMAZONenmon kari |
| 1/23/2018 | 624 | ACH Converted Check | $ | (47.44) | Citi Bank | supplies | | ACH Converted ItemCITI CARD ONKARI ENMON |
| 1/23/2018 | 475 | Check | $ | (45.00) | Urgent Care | Enmon medical | 12775 | Check |
| 1/18/2018 | 624 | ACH Converted Check | $ | (43.82) | Amazon | Enmon supplies | | ACH Converted ItemAMAZON MARKEenmon kari |
| 1/17/2018 | 451 | ACH Withdrawal | $ | (40.00) | Harris County Toll | EZ tag | | HCTRA EFT    EZTAGSTPPDKARI ENMON |
| 1/23/2018 | 451 | ACH Withdrawal | $ | (40.00) | Harris County Toll | EZ tag | | HCTRA EFT    EZTAGSTPPDKARI ENMON |

| Date | Check # | Type | | Amount | Payee | Description | Ref | Type |
|---|---|---|---|---|---|---|---|---|
| 1/25/2018 | 475 | Check | $ | (28.10) | Lowes | supplies | 12777 | Check |
| 1/18/2018 | 475 | Check | $ | (20.94) | MW Cleaners | cleaning | 12754 | Check |
| 1/25/2018 | 475 | Check | $ | (18.92) | Greens Blue Flame | propane | 5979 | Check |
| 1/30/2018 | 475 | Check | $ | (17.96) | MW Cleaners | cleaning | 12788 | Check |
| 1/29/2018 | 624 | ACH Converted Check | $ | (13.27) | Harris County | prop taxes | | ACH Converted ItemHarris CO PrKari Enmon |
| 1/19/2018 | 624 | ACH Converted Check | $ | (11.95) | Amazon | supplies | | ACH Converted ItemAMAZON MARKEenmon kari |
| 1/23/2018 | 451 | ACH Withdrawal | $ | (9.98) | Capital One | 1099 filing fee | | CAPITAL ONE    MOBILE PMT8795636422ENMONKARI |

| | | | | | |
|---|---|---|---|---|---|
| 01/11/2018 - 01/31/2018 | Totals | Total Debits | $ | 48,351.36 | |
| 01/10/18 Outstanding Checks Included Above | | | $ | (7,664.38) | |
| 01/31/18 Outstanding Checks | | | $ | 403.76 | Dogtra | inventory - ecollars |
| | | | $ | 58.05 | Golden Lake | marketing - apply logo |
| | | | $ | 1,714.56 | Reliant | electricity |
| | | | $ | 28.00 | Amazon | Enmon supplies |
| | | | $ | 64.62 | HEB | Enmon groceries |
| | | | $ | 45.00 | Urgent Care | Enmon medical |
| | | | $ | 124.50 | Samantha Sessums | grooming commission |
| | | | $ | 16.06 | citibank | Enmon Kindle, other |
| | | | $ | 30.98 | Walgreens | Enmon medication |
| | | | $ | 500.00 | J Santos Alcala | labor |
| | | | $ | 30.00 | Village Family | Enmon dr visit copay |
| | | | $ | 134.06 | American Services | repairs |
| | | | $ | 612.92 | Lupe Espinoza Vizcaino | payroll |
| | | | $ | 390.28 | Lupe Gomez | payroll |
| | | | $ | 64.80 | Jose Delacruz | payroll |
| | | | $ | 44,904.57 | | |