# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MICHAEL PAUL ENMON, | § | CASE NO. 18-30112 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | JUDGE DAVID R. JONES |
| | § | |
| | § | HEARING ON DOC. NOS. 5, 45, & 46 |
| | § | March 8, 2018 |
| | § | 2:00 P.M. |

## MUTUAL OF OMAHA BANK'S EXHIBIT AND MAY CALL WITNESS LIST

Creditor Mutual of Omaha Bank ("MOB"), designates the following exhibits and witnesses that may be used or called in connection with the above-referenced matter, and adopts all other exhibits and exhibit lists submitted by all other parties as its own by reference, reserving its right to object to any of those exhibits.

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1. | Docket USDC SDTx Case No. 4:11-cv-00601 | | | | |
| 2. | Harris County Appraisal 0402120000132 | | | | |
| 3. | Harris County Appraisal 0402120000153 | | | | |
| 4. | Harris County Appraisal 0402120000157 | | | | |
| 5. | Case No. 4:11-cv-00601; Doc. No. 217 – Prospect Capital Corporation's Motion to Appoint a Receiver over Kickapoo Kennels, LLC and Related Relief without exhibits | | | | |
| 6. | Transcript of Hearing January 12, 2018 | | | | |
| | Any exhibits listed by any other party and/or any exhibits listed for any other hearing set for the same date | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
|  | Any exhibits necessary for rebuttal, impeachment or refreshing the recollection of witnesses |  |  |  |  |
|  | Any additional exhibits used for demonstrative purposes only |  |  |  |  |

Mutual of Omaha Bank incorporates in the Exhibit List the pleadings and other papers filed in these bankruptcy cases, and other court filings, as permitted by the rules and applicable authority, including Federal Rules of Evidence Rule 201. MOB further reserves the right to introduce or rely upon any exhibit designated by any party and to introduce any exhibit, document, or information to rebut or impeach any statement or testimony.

## MAY CALL WITNESS LIST

- Michael Paul Enmon;
- Representative of Prospect Capital Corporation;
- Any witness called by another party; and
- Any witness necessary for rebuttal or impeachment.

DATED:   March 6, 2018

Respectfully submitted,

HOOVER SLOVACEK LLP

By: /s/ Deirdre Carey Brown
DEIRDRE CAREY BROWN
State Bar No. 24049116
Email: brown@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

ATTORNEYS FOR MUTUAL OF OMAHA BANK

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, a true and correct copy of the foregoing *Mutual of Omaha Bank's Exhibit and May Call Witness List* was served via the Court's ECF system to the parties listed below.

Deirdre Carey Brown on behalf of Creditor Mutual of Omaha
brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

William Allen Gage, Jr on behalf of Creditor Prospect Capital Corporation
gage@buckkeenan.com, bellard@buckkeenan.com;jacobs@buckkeenan.com

Miriam Goott on behalf of Debtor Michael Paul Enmon
mgoott@walkerandpatterson.com,
jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com

Xochytl Greer on behalf of Creditor Allegiance Bank
xdgreer@rossbanks.com, dgraves@rossbanks.com

Jim D Hamilton on behalf of Creditor Allegiance Bank
jdhamilton@rossbanks.com

Johnie J Patterson on behalf of Debtor Michael Paul Enmon
jjp@walkerandpatterson.com,
mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com

Stephen Douglas Statham on behalf of U.S. Trustee US Trustee
stephen.statham@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

John Wesley Wauson on behalf of Creditor Wauson Probus
jwwauson@w-plaw.com, sdianiska@w-plaw.com

                                                              */s/ Deirdre Carey Brown*
                                                              DEIRDRE CAREY BROWN