## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Case No. 18-30112 |
| MICHAEL P. ENMON, | § § | Chapter 11 |
| Debtor. | § § | JUDGE: <u>David R. Jones</u> |
| WITNESSES: | § § | DATE: <u>March 8, 2018 at 2:00 P.M.</u> |
| <u>Michael Enmon</u> | § § | |
| <u>Any Witness Listed by Another Party</u> | § § | PARTY'S NAME: <u>Prospect Capital Corporation</u> |
| | § § | ATTY NAME:  <u>Joshua W. Wolfshohl</u> |
| | § § | |
| | § § | NATURE OF PROCEEDINGS: |
| | § | **Prospect Capital Corporation's** |
| | § | **Motion to Dismiss Case Pursuant to** |
| | § | **11 U.S.C. § 1112(b) [Doc. No. 45] and** |
| | § | **Prospect Capital Corporation's** |
| | § | **Motion for Relief from the Automatic** |
| | § | **Stay [Doc. No. 46]** |

### EXHIBIT LIST

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Letter Agreement between Prospect and Michael Enmon dated April 11, 2006 [Doc. No. 45-1] | | | | | | |
| 2. | Arbitration Ruling [Doc. No. 45-2] | | | | | | |
| 3. | Attorneys' Fee Award [Doc. No. 45-3] | | | | | | |
| 4. | Arbitration Judgment [Doc. No. 45-4] | | | | | | |
| 5. | Second Circuit's Ruling [Doc. No. 45-5] | | | | | | |
| 6. | Restated and Amended Company Agreement of Kickapoo Kennels, L.L.C. [Doc. No. 45-6] | | | | | | |
| 7. | Plaintiff's Original Complaint [Doc. No. 45-7] | | | | | | |

| No. | Description | M A R | O F F | O B J | A D M | D A T | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 8. | Temporary Restraining Order [Doc. No. 45-8] | | | | | | |
| 9. | Prospect Capital Corporation's Emergency Motion for Contempt Against Defendants Michael Enmon, Kari Enmon and Kickapoo Kennels, LLC and Request for Expedited Hearing [Doc. No. 45-9] | | | | | | |
| 10. | Order granting Prospect Capital Corporation's Motion for Contempt [Doc. No. 45-10] | | | | | | |
| 11. | Grace W. Enmon's Chapter 11 Bankruptcy Petition [Doc. No. 45-11] | | | | | | |
| 12. | Disclosure of Compensation of Attorney for Debtor filed by Grace Enmon [Doc. No. 45-12] | | | | | | |
| 13. | Prospect Capital Corporation's Motion for Relief from the Automatic Stay [Doc. No. 45-13] | | | | | | |
| 14. | Order granting Motion for Relief from Automatic Stay to Allow Continuation of Federal Court Litigation [Doc. No. 45-14] | | | | | | |
| 15. | United States Trustee's Motion to Dismiss; with Waiver of 30-Day Hearing Requirement [Doc. No. 45-15] | | | | | | |
| 16. | Agreed Order granting United States Trustee's Motion to Dismiss [Doc. No. 45-16] | | | | | | |
| 17. | Memorandum of Decision [Doc. No. 45-17] | | | | | | |
| 18. | Amended Memorandum Opinion and Order [Doc. No. 45-18] | | | | | | |
| 19. | Final Judgment [Doc. No. 45-19] | | | | | | |
| 20. | Kickapoo Kennels, LLC's Chapter 11 Bankruptcy Petition [Doc. No. 45-20] | | | | | | |
| 21. | Abstracts of Judgment – Harris County [Doc. No. 45-21] | | | | | | |

| No. | Description | M A R | O F F | O B J | A D M | D A T | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 22. | Abstracts of Judgment – Jefferson County [Doc. No. 45-22] | | | | | | |
| 23. | Abstracts of Judgment – Shelby County [Doc. No. 45-23] | | | | | | |
| 24. | Bankruptcy Court's Memorandum Opinion granting Prospect's Motion to Dismiss the Kickapoo Bankruptcy [Doc. No. 45-24] | | | | | | |
| 25. | Fifth Circuit's order affirming the Fraudulent Conveyance Judgment [Doc. No. 45-25] | | | | | | |
| 26. | Kickapoo Kennels LLC's 2013 Tax Return [Doc. No. 45-26 & 45-27] | | | | | | |
| 27. | Kickapoo Kennels LLC's 2014 Tax Return [Doc. No. 45-28] | | | | | | |
| 28. | Kickapoo Kennels LLC's 2015 Tax Return [Doc. No. 45-29] | | | | | | |
| 29. | Kickapoo Kennels LLC's 2016 Tax Return [Doc. No. 45-30] | | | | | | |
| 30. | Enmon Trust's 2014 Tax Return [Doc. No. 45-31] | | | | | | |
| 31. | Enmon Trust's 2015 Tax Return [Doc. No. 45-32] | | | | | | |
| 32. | Enmon Trust's 2016 Tax Return [Doc. No. 45-33] | | | | | | |
| 33. | Prospect Capital Corporation's Motion to Appoint a Receiver over Kickapoo Kennels, LLC and Related Relief [Doc. No. 45-34] | | | | | | |
| 34. | Debtor's Motion to Dismiss, Response, Objections, and Alternative Relief Request to Plaintiff's Motion to Appoint a Receiver over Kickapoo Kennels, LLC and Related Relief [Doc. No. 45-35] | | | | | | |
| 35. | Joint Report [Doc. No. 45-36] | | | | | | |
| 36. | January 11, 2018 Hearing Transcript [Doc. No. 45-37] | | | | | | |
| 37. | Debtor's Disclosure Statement [Doc. No. 34] | | | | | | |
| 38. | All Exhibits Designated by Any Other Parties | | | | | | |

| No. | Description | M A R | O F F | O B J | A D M | D A T | Disposition After Trial |
|-----|-------------|-------|-------|-------|-------|-------|-------------------------|
| 39. | Rebuttal Exhibits | | | | | | |

**Dated: March 5, 2018.**

Respectfully submitted,

**Porter Hedges LLP**

By:  /s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6631
(713) 226-6231 (fax)

**Counsel for Prospect Capital Corporation**

6536791v1