IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MICHAEL P. ENMON | § | CASE NO. 18-30112-H2-11 |
| Debtor. | § | |

_____

**RESPONSE TO PROSPECT CAPITAL CORPORATION'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

1. The Debtor denies the factual allegations contained in Paragraph 1 of the Motion.

2. The Debtor refers to the identified document regarding the allegations or statements contained in the document, as alleged in Paragraph 2.

3. The Debtor denies the factual allegations contained in Paragraphs 3 and 4 of the Motion.

4. Paragraphs 5 through 12 of the Motion do not contain factual allegations that require a response.

5. Debtor denies the factual allegations contained in Paragraphs 13 and 14 of the Motion.

6. Paragraphs 15 through 23 of the Motion do not contain factual allegations that require a response.

**WHEREFORE**, the Debtor requests the Court to deny the Motion, and to grant him such other and further relief, at law or in equity, to which he may be justly entitled.

**Dated**: March 6, 2018.

Respectfully submitted,

By: */s/ Miriam Goott*
Miriam Goott
State ID# 24048846

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX  77208
713.956.5577
713.956.5570 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *Response* was served upon Joshua Wolfshohl, counsel for Prospect Capital by electronic transmission on March 6, 2018.

                                                 By:  */s/ Miriam Goott*
                                                     Miriam Goott