## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Main Case No:**18-30112-H2-11** | Name of Debtor: **Michael Enmon** |
| Adversary No: **N/A** | Style of Adversary: **N/A** |
|  |  |
| Witnesses: |  |
| **Michael Enmon** | Judge: **Jones** |
| **Kari Enmon** |  |
| **Rebuttal Witnesses** | Hearing Date: **March 8, 2018** |
| **Impeachment Witnesses** | Hearing Time: **2:00pm** |
|  | Party's Name: **Michael Enmon** |
|  | Attorney's Name: **Johnie Patterson** |
|  | Attorney's Phone: **713.956.5577** |
|  | Nature of Proceeding: *Disclosure Statement; Motion To Dismiss; Motion For Relief* |
|  |  |
|  |  |

## **EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Amended Disclosure Statement |  |  |  |  |
| 2. | Each document listed by Prospect |  |  |  |  |
| 3. | Each document listed by Mutual Of Omaha |  |  |  |  |
| 4. | Docket |  |  |  |  |
| 5. | Operating Report |  |  |  |  |
|  | *Rebuttal/Impeachment Exhibits* |  |  |  |  |
| 6. |  |  |  |  |  |
| 7. |  |  |  |  |  |
| 8. |  |  |  |  |  |